COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                            MIDDLESEX SUPERIOR COURT
                                                         CIVIL ACTION NO: 04-1525

SPINIELLO COMPANIES,            )
        Plaintiff,              )
                                )
v.                              )
                                )
BRICO INDUSTRIES, INC. and      )
VICTAULIC COMPANY OF AMERICA,   )
        Defendants.             )

### STIPULATION OF DISMISSAL AGAINST VICTAULIC COMPANY OF AMERICA

The parties to the above-entitled action, pursuant to Mass. R. Civ. P. 41(a)(i)(ii), hereby stipulate that the claim brought by the plaintiff, Spiniello Companies, against the defendant, Victaulic Company of America, be dismissed without prejudice, without cost, and without right of appeal.

| Counsel for the Plaintiff, | Counsel for Defendants, |
| Spiniello Companies | Brico Industries, Inc. and Victaulic Company of America |

Charles E. Schaub, Jr., Esq.            Thomas C. Federico, BBO #160830
Jeremy Blackowicz, Esq.                 Grace V. Bacon, BBO #640970
Hinckley, Allen & Snyder, LLP           Morrison Mahoney LLP
28 State Street                         250 Summer Street
Boston, MA 02109                        Boston, MA 02210
Tel. (617) 345-9000                     Tel. (617) 439-7500

Date: 8/27/04

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party (by mail) (by hand) on 8/27/04.

935295v1