MAS-20031124　　　　　　　　　Case 1:04-cv-11933-NMG　　Document 2-3　　Filed 09/16/2004　　Page 1 of 5　　09/07/2004
gilmanr　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　01:44 PM
　　　　　　　　　　　　　　　　　　　　MIDDLESEX SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

# MICV2004-01525
## Spiniello Companies v Brico Industries Inc. et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 04/09/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 09/07/2004 | **Session** | F - Cv F (10A Cambridge) | | |
| **Origin** | 1 | **Case Type** | A02 - Goods sold/delivered under contract | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 07/08/2004 | **Answer** | 09/06/2004 | **Rule12/19/20** | 09/06/2004 |
| **Rule 15** | 09/06/2004 | **Discovery** | 02/03/2005 | **Rule 56** | 03/05/2005 |
| **Final PTC** | 04/04/2005 | **Disposition** | 06/03/2005 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Spiniello Companies
12 E. Daniel Road
Active 04/09/2004

**Private Counsel 444920**
Charles E Schaub Jr
Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1775
Phone: 617-345-9000
Fax: 617-345-9020
Active 04/09/2004 Notify

**Private Counsel 650945**
Jeremy Blackowicz
Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1775
Phone: 617-345-9000
Fax: 617-345-9020
Active 04/09/2004 Notify

**Defendant**
Brico Industries Inc.
P.O. Box 48776
Served: 04/15/2004
Answered: 06/01/2004
Answered 06/30/2004

**Private Counsel 160830**
Thomas C Federico
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-439-7590
Active 06/01/2004 Notify

**Private Counsel 640970**
Grace V Bacon
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-737-8822
Fax: 617-342-4914
Active 09/07/2004 Notify

MAS-20031124    Case 1:04-cv-11933-NMG   Document 2-3   Filed 09/16/2004   Page 2 of 5       09/07/2004
gilmanr                        Commonwealth of Massachusetts                                  01:44 PM
                                  MIDDLESEX SUPERIOR COURT
                                         Case Summary
                                         Civil Docket

## MICV2004-01525
## Spiniello Companies v Brico Industries Inc. et al

**Defendant**
Victaulic Company Of America
P.O. Box 31
4901 Kesslersville Road
Served: 05/05/2004
Dismissed by agreement of parties 08/30/2004

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
|------|-------|------|
| 04/09/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/09/2004 |  | Origin 1, Type A02, Track F. |
| 05/21/2004 | 2.0 | SERVICE RETURNED: Victaulic Company Of America(Defendant) 5/5/04 in hd |
| 06/01/2004 | 3.0 | ANSWER: Brico Industries Inc.(Defendant) and jury claim |
| 06/02/2004 | 4.0 | Defendant Victaulic Company Of America's MOTION to Dismiss (MRCP 12b) Complaint, memo in support of |
| 06/30/2004 | 5.0 | SERVICE RETURNED: Brico Industries Inc.(Defendant) 4/15/04 Cert Mail |
| 08/30/2004 | 6.0 | Stipulation of partial dismissal as to Victaulic Company Of America, without prejudice, without costs andwithout right of appeal. |
| 09/07/2004 | 7.0 | Case REMOVED this date to US District Court of Massachusetts by defendant Brico Industries, Inc |
| 09/07/2004 |  | ABOVE ACTION THIS DAY REMOVED TO US DISTRICT COURT |

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                                   MIDDLESEX SUPERIOR COURT
                                                                CIVIL ACTION NO: 04-1525

SPINIELLO COMPANIES,           )
        Plaintiff,             )
                               )
v.                             )
                               )
BRICO INDUSTRIES, INC. and     )
VICTAULIC COMPANY OF AMERICA,  )
        Defendants.            )

## STIPULATION OF DISMISSAL AGAINST VICTAULIC COMPANY OF AMERICA

The parties to the above-entitled action, pursuant to Mass. R. Civ. P. 41(a)(i)(ii), hereby stipulate that the claim brought by the plaintiff, Spiniello Companies, against the defendant, Victaulic Company of America, be dismissed without prejudice, without cost, and without right of appeal.

Counsel for the Plaintiff,                Counsel for Defendants,
Spiniello Companies                       Brico Industries, Inc. and Victaulic Company of America

_____                  _____
Charles E. Schaub, Jr., Esq.              Thomas C. Federico, BBO #160830
Jeremy Blackowicz, Esq.                   Grace V. Bacon, BBO #640970
Hinckley, Allen & Snyder, LLP             Morrison Mahoney LLP
28 State Street                           250 Summer Street
Boston, MA 02109                          Boston, MA 02210
Tel. (617) 345-9000                       Tel. (617) 439-7500

Date: _____

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party (by mail) (by hand) on 8/27/04.

935295v1

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-1525F

Spiniello Companies

..............................., Plaintiff(s)

v.

Victaulic  Brico Industries Inc. and Company of America
..............................., Defendant(s)

## SUMMONS

To the above-named Defendant: BRICO INDUSTRIES INC., DIV. OF VICTAULIC COMPANY OF AMERICA; P.O. Box 48776, Atlanta, GA

You are hereby summoned and required to serve upon JEREMY BLACKOWICZ, ESQ., OF HINCKLEY, ALLEN & SNYDER LLP plaintiff's attorney, whose address is 28 STATE STREET BOSTON, MASSACHUSETTS 02109, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at CAMBRIDGE, MASSACHUSETTS either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at BOSTON the FOURTEENTH day of APRIL in the year of our Lord 2004.

Edward J. Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001