UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11933-NMG

| | |
|---|---|
| SPINIELLO COMPANIES,<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| BRICO INDUSTRIES, INC.<br>Defendant. | )<br>)<br>)<br>) |

### DEFENDANT, BRICO INDUSTRIES, INC.'S CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purposed of:

A.  Establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

B.  Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Brico Industries, Inc..

_____
Authorized Representative: Brian P. Bissey, Esquire

937890v1

Respectfully Submitted By,

Counsel for Defendants,
BRICO INDUSTRIES, INC.

/s/ *Grace V. Bacon*

---

Thomas C. Federico, BBO #160830
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the Fed. R. Civ. P.

/s/ *Grace V. Bacon*

---

Grace V. Bacon

Date: December 31, 2004

937890v1