UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11933-NMG

| | |
|---|---|
| SPINIELLO COMPANIES,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| BRICO INDUSTRIES, INC.<br>Defendant. | )<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT, BRICO INDUSTRIES, INC.

1. Defendant, Brico Industries, Inc. pursuant to Local Rule 7.3(A), identifies the following as a parent corporation:

    Victaulic Company of America
    4901 Kesslersville Road
    Easton, PA 18044-0031

2. Defendant, Brico Industries, Inc. pursuant to Local Rule 7.3(A), identifies the following as a publicly held company that owns 10% or more of the its stock:

    None.

Respectfully Submitted By,

Counsel for Defendants,
BRICO INDUSTRIES, INC.

/s/ *Grace V. Bacon*

Thomas C. Federico, BBO #160830
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

937891v1

## CERTIFICATE OF SERVICE

    I certify that this document has been served upon all counsel of record in compliance with the Fed. R. Civ. P.

/s/ *Grace V. Bacon*
_____
Grace V. Bacon

Date: December 31, 2004

2

937891v1