UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11933-NMG

|  |  |
|---|---|
| SPINIELLO COMPANIES,<br>    Plaintiff,<br><br>v.<br><br>BRICO INDUSTRIES, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, BRICO INDUSTRIES, INC.'S
RULE 26(a)(1) AUTOMATIC DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant, Brico Industries, Inc. makes the following initial disclosures:

A.  **Name the individuals who are believed to have discoverable information about the claims or defenses.**

   1. Robert J. Card, P.E., Vice President, Brico Industries, Inc., Doraville, Georgia, subject of information: allegations outlined in plaintiff's Complaint;

   2. Donald Bridges, President, Brico Industries, Inc., Doraville, Georgia, subject of information: allegations outlined in plaintiff's Complaint;

   3. Tom Port, Sales Representative, Brico Industries, Inc., Doraville, Georgia, subject of information: allegations outlined in plaintiff's Complaint;

   4. Todd Galletti, Spiniello Companies, 99 Washington Street, Melrose, MA, subject of information: allegations outlined in plaintiff's Complaint;

   5. John Purciello, P.E., Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

   6. Jose Collazo, Vice President, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

937889v1

7. Gary Stivaly, President, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

8. Robert DePonte, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

9. John Walsh, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

10. David Yunis, Spiniello Companies, 110 Madison Avenue, Suite #5, Newtonville, MA 02460, subject of information: allegations outlined in plaintiff's Complaint;

11. Robert K. Block, Project Manager, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

12. Steve Pollen, Spiniello Companies, 35 Airport Road, P.O. Box 1968, Morristown, N.J. 07962, subject of information: allegations outlined in plaintiff's Complaint;

13. Paul Angert, Sales Person, Products 2000, 19 Drake Court, Randolph, N.J. 07869, subject of information: allegations outlined in plaintiff's Complaint;

14. Paul Hayward, Jason Consultants, LTD, information unknown, subject of information: allegations outlined in plaintiff's Complaint;

15. James Glendye, Sr., Camp Dresser & McKee, Inc., One Cambridge Place, 50 Hampshire Street, Cambridge, MA 02139, subject of information: allegations outlined in plaintiff's Complaint;

16. Frank DePaola, Massachusetts Water Resources Authority, Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, subject of information: allegations outlined in plaintiff's Complaint;

17. Charlene Savili, Massachusetts Water Resources Authority, Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, subject of information: allegations outlined in plaintiff's Complaint;

18. Lisa Hamilton; Massachusetts Water Resources Authority, Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, subject of information: allegations outlined in plaintiff's Complaint;

19. William S. Haines, Haines Enterprises, P.O. Box. 137 Topsfield, MA 01983, subject of information: allegations outlined in plaintiff's Complaint;

20. Oliver D. Fernandez, Jr., ODF Contracting Company, Inc., P.O. Box 380 Uphams Corner, Dorchester, MA 02125, subject of information: allegations outlined in plaintiff's Complaint;

21. Leonard Macari, ODF Contracting Company, Inc., P.O. Box 380 Uphams Corner, Dorchester, MA 02125, subject of information: allegations outlined in plaintiff's Complaint;

22. Dennis Drain, CFO, ODF Contracting Company, Inc., P.O. Box 380 Uphams Corner, Dorchester, MA 02125, subject of information: allegations outlined in plaintiff's Complaint;

23. James Smiley, M&M Welding, 18 Ridge Street, Worcester, MA 01604, subject of information: allegations outlined in plaintiff's Complaint;

24. Baker Testing Services, Inc. 98 Reservoir Park Drive, Rockland, MA 02370, subject of information: allegations outlined in plaintiff's Complaint;

25. James Thompson, Jason Consultants, 2000 Massachusetts Ave. NW, Third Floor, Washington, D.C. 20036, subject of information: allegations outlined in plaintiff's Complaint; and

26. Larry Thau, V.P., Victaulic Company of America, 4901 Kesslersville Road, Easton, PA, subject of information: allegations outlined in plaintiff's Complaint.

**B.    Copy or description of documents that may support claims or defenses.**

1. Specifications and Contract, Massachusetts Water Resources Authority, Waterworks Division, Weston Aqueduct Supply Mains, Numbers 1 and 2, Contract No. 6280 (October 1999);

2. M.W.R.A. Section 02704 dated 10/1/99;

3. M.W.R.A. Section 02711 dated 10/20/99;

4. M.W.R.A. Section 02776 dated 10/20/99;

5. M.W.R.A. Section 02616 dated 10/20/99;

6. Letter W. Haines to L. Hamilton dated 12/2/99;

7. Spiniello P.O. dated 3/7/00;

8. Brico Confirming Quotation dated 12/20/99;

9. Memo W. Haines to R. Card dated 3/2/00;

10. P.O. Confirmation R. Card to R. Block dated 3/27/00;

11. Brico Submittal Information letter R. Card to R. Block dated 3/31/00;

12. Brico Quotation dated 4/6/00;

13. Memo T. Port to R. Card dated 4/11/00;

14. Letter R. Card to J. Walsh dated 4/26/00;

15. Letter R. Card to J. Walsh dated 5/1/00;

16. Letter B. Haines to R. Knight dated 5/10/00;

17. Fax R. J. Walsh to B. Haines/R. Card dated 5/12/00;

18. Letter B. Haines to File dated 5/30/00;

19. Email J. Walsh to R. Card dated 6/29/00;

20. Email J. Walsh to R. Card dated 7/7/00;

21. Email J. Walsh to R. Card dated 7/13/00;

22. Email J. Walsh to R. Card dated 7/20/00;

23. Letter R. Block to R. Card dated 7/27/00;

24. Fax J. Walsh to R. Card dated 7/28/00;

25. Email J. Walsh to R. Card dated 7/28/00;

26. Fax T. Port to J. Walsh dated 8/9/00;

27. Brico Quotation to J. Walsh dated 8/16/00;

28. Fax Pam to T. Port dated 8/17/00;

29. Letter R. Block to R. Card dated 8/28/00;

30. Letter R. Card to J. Collazo dated 9/15/00;

31. Letter R. Card to J. Collazo dated 9/20/00;

32. Memo L. Thau to B. Card dated 9/20/00;

33. Letter J. Collazo to R. Card dated 9/11/00;

34. Letter D. Bridges to J. Collazo dated 10/13/00;

35. Letter R. Card to J. Walsh dated 11/1/00;

937889v1

36. Letter R. Card to J. Walsh dated 10/25/00;

37. Letter R. Card to J. Walsh dated 10/24/00;

38. Letter J. Collazo to R. Card dated 10/3/00;

39. Letter J. Glendye, Sr. to J. Walsh dated 11/22/00;

40. Letter D. Yunis to R. Card dated 2/16/01;

41. Letter J. Mattes to T. Galletti dated 10/17/00;

42. Letter R. Card to D. Yunis dated 2/28/01

43. Letter J. Purciello to D. Gibbons dated 6/4/01;

44. Fax D. Gibbons to J. Purciello dated 6/11/01;

45. MWRA Contract & Specifications;

46. MWRA Contract #6280 Spiniello Companies Brico Claim Binder Dated 11/5/01;

47. FOIA Request to the Massachusetts Water Resources Authority and Records Produced by it in response;

48. MWRA Contract #6280 Construction Schedules & Monthly Meeting Minutes;

492. MWRA Contract #6280 Daily Reports 4/21/00 to 6/28/02;

Brico Industries, Inc. will make all of the above documents available for inspection and copying.

C. **Computation of any category of damages.**

None.

D. **Insurance Agreement.**

Brico Industries, Inc. will make all insurance policies providing coverage available for inspection and copying.

Respectfully Submitted By,

Counsel for Defendants,
BRICO INDUSTRIES, INC.

/s/ *Grace V. Bacon*

Thomas C. Federico, BBO #160830
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the Fed. R. Civ. P.

/s/ *Grace V. Bacon*

Grace V. Bacon

Date: December 31, 2004