IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

SPINIELLO COMPANIES,              )
                                  )
          Plaintiff,              )
                                  )
v.                                )        CIVIL ACTION NO. 04-11933-NMG
                                  )
BRICO INDUSTRIES, INC.,           )
                                  )
          Defendant.              )
_____)

## SPINIELLO COMPANIES' LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Spiniello Companies hereby states that no publicly held corporation owns 10% or more of its stock and that it has no corporate parents.

SPINIELLO COMPANIES,

By its attorneys,

/s/ Jeremy Blackowicz
Charles E. Schaub, Jr. (BBO #444920)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000

Dated: January 28, 2005

#515748