IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SPINIELLO COMPANIES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11933-NMG |
| ) | |
| **BRICO INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFFS' RULE 26 AUTOMATIC DISCOVERY DISCLOSURES

Pursuant to F.R.C.P. 26(a)(1) and Local Rules 26.1 and 26.2, Plaintiff Spiniello Companies ("Spiniello") hereby provides the following automatic required discovery disclosure. Plaintiffs acknowledge that this disclosure obligation continues throughout the case and will supplement this statement as additional documents are located and additional information is received by its counsel.

### I.  Individuals With Discoverable Information

The following individuals are likely to have discoverable information relevant to facts alleged with particularity in Plaintiffs' Complaint. As our investigation into this matter is ongoing, Plaintiffs reserve the right to supplement this list:

1. Paul Hayward
   Jason Consultants International, Inc.
   2000 Massachusetts Avenue
   NW, Washington, DC  20036
   202-223-9610

2. John Walsh
4 Hickory Road
South Borough, MA 01772
508-208-5407

3. Jose Collazo
Spiniello Companies
12 East Daniel Road
Fairfield, NJ 07004
973-808-8383

4. Robert DePonte
Metra Industries
50 Muller Place
Little Falls, NJ 07424
973-812-0333

5. Robert Block
D'Annunzio & Sons Inc.
136 Central Avenue
Clark, NJ 07066
732-574-1300

6. James Smiley
Spiniello Companies
12 East Daniel Road
Fairfield, NJ 07004
973-808-8383

7. John Purciello
Cruz Construction
952 Holmdel Road
Holmdel, NJ 07733
732-946-8400

8. Gary Stivaly
Metra Industries
50 Muller Place
Little Falls, NJ 07424
973-812-0333

9. Jim Pescatore
CDM
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139
617-452-6000

#515723                                         2

10. Frank DePaola
    MWRA
    Charlestown Navy Yard
    100 First Avenue
    Boston, MA 02129
    617-788-4825

11. Chris Houde
    CDM
    One Cambridge Place
    50 Hampshire Street
    Cambridge, MA 02139
    617-452-6000

12. Robert Card
    Brico Industries, Inc.
    P.O. Box 48776
    Atlanta, GA 30362
    770-840-0662

13. James Glendye
    CDM
    One Cambridge Place
    50 Hampshire Street
    Cambridge, MA 02139
    617-452-6000

14. Paul Angert
    Brico Industries, Inc.
    P.O. Box 48776
    Atlanta, GA 30362
    770-840-0662

15. Todd Galletti
    Astaldi Construction
    8220 State Road 84 – Suite 300
    Davie, FL 33324
    954-423-8766

16. Oliver Fernandez
    ODF
    P.O. Box 380 Uphams Corner
    Dorchester, MA 02125
    617-442-5069

17.   Andy Thoemke
      Brico Industries, Inc.
      P.O. Box 48776
      Atlanta, GA 30362
      770-840-0662

**II.   Description by Category and Location of All Relevant Documents**

A.   Documents which refer to, reflect, constitute or discuss Spiniello's communications with the Massachusetts Water Resources Authority ("MWRA"), Brico Industries, Inc. ("Brico"), ODF Contracting Company, Inc. and M&M Welding. The originals of such documents are maintained at the offices of Spiniello.

B.   Documents which refer to, reflect, constitute or discuss the Contract, Specifications and any Change Orders for construction of the Project between the MWRA and Spiniello. The originals of such documents are maintained at the offices of Spiniello.

D.   Documents which refer to, reflect, constitute or discuss scheduling of the work on the Project, meeting minutes and daily reports. The originals of such documents are maintained at the offices of Spiniello.

E.   Documents which refer to, reflect, constitute or discuss the defects in the Brico seals. The originals of such documents are maintained at the offices of Spiniello.

F.   Documents which refer to, reflect, constitute or discuss all delays, incidental and consequential damages incurred by Spiniello as a result of the defects in the Brico seals. The originals of such documents are maintained at the offices of Spiniello.

G.   Documents which refer to, reflect, constitute or discuss all inspections, examinations, evaluations, testing, removal and reinstallation of the Brico seals by Spiniello or its consultant. The originals of such documents are maintained at the offices of Spiniello.

H.    Documents which refer to, reflect, constitute or discuss the purchase, provision, delivery, payment and installation of the Brico Industries, Inc. ("Brico") seals. The originals of such documents are maintained at the offices of Spiniello.

### III.    Computation of Damages

Spiniello estimate that its has sustained damages attributable to Brico in the approximate amount of $2,421,009, exclusive of attorneys fees and interest, based on the following calculation: Direct subcontractor costs $91,266; Costs for additional support of subcontractor $16,477; Home office and field overhead $514,920; Lost productivity $1,445,289; Additional transportation and storage costs $4,836; Consultant costs $4,166; Snow removal costs due to schedule delay $4,642; Costs of funding the claim $229,371; Insurance increases $24,492; Costs of funding retention $11,034; Costs of retraining coupling $30,797; Bonding costs $15,119; Costs to prepare claim $28,598.

**SPINIELLO COMPANIES,**

By its attorneys,

_/s/ Jeremy Blackowicz_
Charles E. Schaub, Jr. (BBO #444920)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617)345-9000

Dated: January 28, 2005