UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11933-NMG

|  |  |
|---|---|
| SPINIELLO COMPANIES,<br>Plaintiff,<br><br>v.<br><br>BRICO INDUSTRIES, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION BETWEEN THE PARTIES TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY

On 27 October 2005, the defendant, Brico Industries, Inc. ("Brico"), served on the plaintiff, Spiniello Companies ("Spiniello"), by mail, its First Request for Admissions. The following day, on 28 October 2005, Spiniello served by mail its First Set of Interrogatories and First Request for Production of Documents to Brico.

Pursuant to this Court's Scheduling Order, all responses to written discovery are due by 30 November 2005. Based on both parties needing further time to respond to the discovery, which is exacerbated by the holidays, the parties have agreed, by stipulation, that the responses to the above discovery will be due by 16 December 2005. This stipulation will not affect the conducting of depositions, some of which, have already been scheduled.

975196v1

Respectfully Submitted By:

Respectfully submitted,

| **SPINIELLO COMPANIES** | **BRICO INDUSTRIES, INC.** |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Jeremy Blackowicz /gvg* | */s/ Grace V. Bacon Garcia* |
| Charles E. Schaub, Jr. (BBO #444920) | Thomas C. Federico (BBO #160830) |
| Jeremy Blackowicz (BBO #650945) | Grace V. Bacon Garcia (BBO #640970) |
| Hinckley, Allen & Snyder LLP | Morrison Mahoney LLP |
| 28 State Street | 250 Summer Street |
| Boston, MA 02109-1775 | Boston, MA 02110 |
| (617) 345-9000 | (617) 439-7500 |

DATED: November 22, 2005

975196v1