# EXHIBIT 1

**SC**

**SPINIELLO COMPANIES**
CONTRACTORS
ENGINEERS

**Cement Mortar Lining Division** (International)
In place cleaning and cement mortar lining of water mains

**Marine Division**
Subaqueous Pipelines and Cables, Outfalls, Intakes

**Heavy Construction Division**
Utilities and General Construction

35 Airport Road
P.O. Box 1968
Morristown, N.J. 07962-1968
(973) 539-6363
FAX: (973) 539-4802

July 27, 2000
Richard J. Card, P.E.
Brico Industries, Inc.
P.O. Box 48776
Atlanta, GA 30362

Re: MWRA-Contract 6280 Weston Aqueduct

Dear Richard J. Card, P.E.,

This letter is to make you aware of the problems we are having testing the Brico Innerseals on the above referenced project.

Our subcontractor, ODF Contracting Co., started installing seals on Monday, July 24, 2000. He installed 35 seals between Monday and Tuesday. He has now spent 2 days trying to test the seals, with only 6 passing. This is not acceptable. They are tracking their costs and will be invoicing Spiniello Companies for their additional work trying to get an acceptable pass rate. These charges will be passed along to Brico, along with Spiniello's additional support and delay costs.

It is apparent that our joint preparation and ODF's installation procedure are within the parameters established by Bill Haines of Brico who has been on site for the initial installation work.

We require a speedy resolution of this problem in order to minimize our costs that will have to be passed along to Brico.

Please look into this matter as quickly as possible and exert all efforts necessary to correct the problem and get the project back on schedule. Call our Newton office (617-559-1055) for additional information as soon as possible. John Walsh and Steve Pollen will be able to coordinate with you and provide further information. Steve Pollen will be on site Monday thru Saturday (cellular phone 617-799-1492).

Very Truly Yours,
Spiniello Companies

Robert K. Block, P.E.
Project Manager