# EXHIBIT 3

**SC**

**SPINIELLO COMPANIES**
CONTRACTORS
ENGINEERS

Cement Mortar Lining Division (International)
In place cleaning and cement mortar lining of water mains

**Marine Division**
Subaqueous Pipelines and Cables. Outfalls. Intakes

**Heavy Construction Division**
Utilities and General Construction

35 Airport Road
P.O. Box 1968
Morristown. N.J. 07962-1968
(973) 539-6363
FAX: (973) 539-4802

September 11, 2000

Robert J. Card, P.E., Vice President
Brico Industries. Inc.
P.O. Box 48776
Atlanta, GA 30362

Reference:     MWRA 6280 Weston Aqueduct WASM 1 & 2
Subject:       Purchase Orders No: M51566 and No: M50551- Impact Proposal

Gentlemen:

In accordance with the telephone instructions received by Spiniello Companies on September 8, 2000, we have enclosed (2) copies of Spiniello Companies Detailed Estimate quantifying the impact cost pertaining to the installation of Brico Depend-O-Lok InnerSeals on the above project.

Our claim is for reimbursement for the following costs incurred due to defective seals:

| | |
|---|---|
| 1- Additional costs incurred by ODF, Spiniello Companies Seal installation subcontractor: | 42,278.00 |
| 2- Spiniello Companies ODF labor support | 16,334.00 |
| 3- Spiniello Companies impact on the project due to delays in closing Access Pits as of today | 33,782.00 |
| 4- Home Office Overhead on this project as of today | 24,508.00 |
| 5- Consultants fee | 8,500.00 |
| 6- Projected delay to compensate for time loss due to seal failures | 58,597.00 |
| Total Cost | 183,998.00 |

The schedule on record for Contract 6280 shows completion of WASM 2 (Sections 5 & 6) by November 30, 2000; including the removal of the existing cross connection between Sections 2 and 6 at Valentine Street and the installation of the new cross connection between Sections 3 and 6 at Bullough Pond. The fact that we have been delayed due to defective seals resulted in considerable cost impact including, but not limited to, out of sequence activities, labor, equipment, and overhead inefficiencies and unabsorbed overhead.

The completion of WASM 2 is the most critical milestone in our contract, and we expended a great deal of time and money to meet this critical time frame only to be denied of meeting this milestone due to defective internal seals. The liquidated damages established by the

Massachusetts Water Resources Authority against Spiniello are $2,800 per day with progressive milestones throughout the construction schedule.

At your request we are canceling the InnerSeals portion of Spiniello Companies Purchase Orders No M51566 and No M50551, i.e. all other non InnerSeals items remain as ordered.

We would like to set a new date for a telephone conference meeting and final resolution of this matter as soon as possible and limit Brico's exposure to an on-going claim on this project.

Please contact us if you require further details of this proposal.

Very truly yours,

Jose Collazo
Vice President

Attachments

cc:   Donald Bridges, President - Brico
      Joseph Mattes, CFO - Brico
      Gary Stivaly, President - Spiniello Companies

```
Mon 11 Sep 2000                          Spiniello Companies                              TIME 10:19:13
Eff. Date 09/09/00              PROJECT WEST01:   MWRA-6280 Weston Aqueduct
TABLE OF CONTENTS                         Impact Proposal
                                                                                       CONTENTS PAGE   1
```

SUMMARY REPORTS                                                              SUMMARY PAGE

PROJECT DIRECT SUMMARY - Scope.................................................1
PROJECT DIRECT SUMMARY - Facility..............................................2


DETAILED ESTIMATE                                                            DETAIL PAGE

1. Cost Incurred by ODF
     5. Seal Installations..................................................1
    10. Subcontractor Overhead & Profit......................................1
    15. Less Tested & Accepted Seals.........................................1
2. Spiniello's ODF Support
     5. Spiniello ODF Support................................................1
3. Spiniello Field Impact & Delay
     A. Field Supervision and Management....................................2
     F. Safety, Trfc Cntrl, Fst Aid, Fire...................................2
     I. Miscellaneous Project Expenses......................................3
     J. Project Utilities...................................................3
     M. Insurance, Interest, Permits &Fees..................................3
4. Home Office Overhead
     B. Administration Home Office..........................................4
5. Consulting Engineer Cost
     5. Consulting Engineer Cost............................................4
6. Delay to Get back on Track
     A. Field Supervision and Management....................................5
     B. Administration Home Office..........................................5
     F. Safety, Trfc Cntrl, Fst Aid, Fire...................................6
     I. Miscellaneous Project Expenses......................................6
     J. Project Utilities...................................................7
     M. Insurance, Interest, Permits &Fees..................................7

No Backup Reports...


\* \* \*   END TABLE OF CONTENTS   \* \* \*

```
Mon 11 Sep 2000                        Spiniello Companies
Eff. Date 09/09/00                                                                          TIME 10:19:13
                       PROJECT WEST01:   MWRA-6280 Weston Aqueduct
                                          Impact Proposal                                   SUMMARY PAGE   1
                             ** PROJECT DIRECT SUMMARY - Scope **
```

|   | | QUANTITY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST | UNIT COST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Cost Incurred by ODF | | 733 | 33,062 | 2,637 | 0 | 6,579 | 42,278 | |
| 2 | Spiniello's ODF Support | | 363 | 16,334 | 0 | 0 | 0 | 16,334 | |
| 3 | Spiniello Field Impact & Delay | | 0 | 17,523 | 1,461 | 2,476 | 12,322 | 33,782 | |
| 4 | Home Office Overhead | | 0 | 24,228 | 165 | 0 | 115 | 24,508 | |
| 5 | Consulting Engineer Cost | | 0 | 0 | 0 | 0 | 8,500 | 8,500 | |
| 6 | Delay to Get back on Track | | 0 | 41,751 | 1,626 | 2,476 | 12,744 | 58,597 | |
| | MWRA-6280 Weston Aqueduct | 4.00 WK | 1,095 | 132,897 | 5,889 | 4,952 | 40,260 | 183,998 | 45999.60 |

```
Mon 11 Sep 2000                            Spiniello Companies                                    TIME 10:19:13
Eff. Date 09/09/00              PROJECT WEST01:   MWRA-6280 Weston Aqueduct
                                             Impact Proposal                                   SUMMARY PAGE    2
                                    ** PROJECT DIRECT SUMMARY - Facility **
```

|  | QUANTITY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST | UNIT COST |
|---|---|---|---|---|---|---|---|---|
| **1 Cost Incurred by OOF** | | | | | | | | |
| 1.  5 Seal Installations | 500.00 EA | 900 | 40,617 | 3,240 | 0 | 0 | 43,857 | 87.71 |
| 1. 10 Subcontractor Overhead & Profi | 500.00 EA | 0 | 0 | 0 | 0 | 6,579 | 6,579 | 13.16 |
| 1. 15 Less Tested & Accepted Seals | -93.00 EA | -167 | -7,555 | -603 | 0 | 0 | -8,157 | 87.71 |
| TOTAL Cost Incurred by OOF | | 733 | 33,062 | 2,637 | 0 | 6,579 | 42,278 | |
| | | | | | | | | |
| **2 Spiniello's OOF Support** | | | | | | | | |
| 2.  5 Spiniello OOF Support | 362.80 HR | 363 | 16,334 | 0 | 0 | 0 | 16,334 | 45.02 |
| TOTAL Spiniello's OOF Support | | 363 | 16,334 | 0 | 0 | 0 | 16,334 | |
| | | | | | | | | |
| **3 Spiniello Field Impact & Delay** | | | | | | | | |
| 3. A Field Supervision and Manageme | 2.00 WK | 0 | 14,713 | 384 | 0 | 5,476 | 20,573 | 10286.46 |
| 3. F Safety, Trfc Cntrl, Fst Aid,Fi | 2.00 WK | 0 | 2,551 | 1,074 | 1,879 | 2,038 | 7,541 | 3770.69 |
| 3. I Miscellaneous Project Expenses | 2.00 WK | 0 | 260 | 3 | 496 | 0 | 759 | 379.40 |
| 3. J Project Utilities | 2.00 WK | 0 | 0 | 0 | 101 | 1,938 | 2,039 | 1019.65 |
| 3. M Insurance,Interest,Permits &Fe | 2.00 WK | 0 | 0 | 0 | 0 | 2,869 | 2,869 | 1434.62 |
| TOTAL Spiniello Field Impact & Delay | | 0 | 17,523 | 1,461 | 2,476 | 12,322 | 33,782 | |
| | | | | | | | | |
| **4 Home Office Overhead** | | | | | | | | |
| 4. B Administration Home Office | 2.00 WK | 0 | 24,228 | 165 | 0 | 115 | 24,508 | 12253.90 |
| TOTAL Home Office Overhead | | 0 | 24,228 | 165 | 0 | 115 | 24,508 | |
| | | | | | | | | |
| **5 Consulting Engineer Cost** | | | | | | | | |
| 5.  5 Consulting Engineer Cost | | 0 | 0 | 0 | 0 | 8,500 | 8,500 | |
| TOTAL Consulting Engineer Cost | | 0 | 0 | 0 | 0 | 8,500 | 8,500 | |
| | | | | | | | | |
| **6 Delay to Get back on Track** | | | | | | | | |
| 6. A Field Supervision and Manageme | 2.00 WK | 0 | 14,713 | 384 | 0 | 5,476 | 20,573 | 10286.46 |
| 6. B Administration Home Office | 2.00 WK | 0 | 24,228 | 165 | 0 | 115 | 24,508 | 12253.90 |
| 6. F Safety, Trfc Cntrl, Fst Aid,Fi | 2.00 WK | 0 | 2,551 | 1,074 | 1,879 | 2,038 | 7,541 | 3770.69 |
| 6. I Miscellaneous Project Expenses | 2.00 WK | 0 | 260 | 3 | 496 | 0 | 759 | 379.40 |
| 6. J Project Utilities | 2.00 WK | 0 | 0 | 0 | 101 | 2,246 | 2,347 | 1173.50 |
| 6. M Insurance,Interest,Permits &Fe | 2.00 WK | 0 | 0 | 0 | 0 | 2,869 | 2,869 | 1434.62 |

```
Mon 11 Sep 2000                         Spiniello Companies                              TIME 10:19:13
Eff. Date  09/09/00              PROJECT WES101:   MWRA-6280 Weston Aqueduct
                                             Impact Proposal
                                 ** PROJECT DIRECT SUMMARY - Facility **                 SUMMARY PAGE    3
```

| | QUANTITY | UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST | UNIT COST |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL Delay to Get back on Track | | | 0 | 41,751 | 1,626 | 2,476 | 12,744 | 58,597 | |
| TOTAL MWRA-6280 Weston Aqueduct | 4.00 | WK | 1,095 | 132,897 | 5,889 | 4,952 | 40,260 | 183,998 | 45999.60 |

```
Mon 11 Sep 2000                       Spiniello Companies                              TIME 10:19:13
Eff. Date  09/09/00       PROJECT WEST01:   MWRA-6280 Weston Aqueduct
DETAILED ESTIMATE                          Impact Proposal
                                     1. Cost Incurred by ODF                           DETAIL PAGE    1
```

| nstallations | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| **Cost Incurred by ODF** | | | | | | | |
|   Mobilization, Demobilization and Re-Testing of Approved Seals | | | | | | | |
|     Seal Installations (MA19) | | | | | | | |
|       MA-FORMAN | 200.00 HR | 200 | 9,283 | 0 | 0 | 0 | 9,283 |
|       MA-LABOR | 600.00 HR | 600 | 27,013 | 0 | 0 | 0 | 27,013 |
|       MA-TEAMSTER | 100.00 HR | 100 | 4,322 | 0 | 0 | 0 | 4,322 |
|       FLAT BED TRUCK | 100.00 HR | 0 | 0 | 1,500 | 0 | 0 | 1,500 |
|       PICK UP TRUCK F250 | 200.00 HR | 0 | 0 | 1,740 | 0 | 0 | 1,740 |
|     TOTAL Seal Installations | | 900 | 40,617 | 3,240 | 0 | 0 | 43,857 |
|   Subcontractor Overhead & Profit | | | | | | | |
|     ODF Subcontractor Ovehead & Profit @ 15 % of Cost | 43857 LS | 0 | 0 | 0 | 0 | 6,579 | 6,579 |
|     TOTAL Subcontractor Overhead & Profit | | 0 | 0 | 0 | 0 | 6,579 | 6,579 |
|   Less Tested & Accepted Seals (MA19) | | | | | | | |
|     MA-FORMAN | -37.20 HR | -37 | -1,727 | 0 | 0 | 0 | -1,727 |
|     MA-LABOR | -111.60 HR | -112 | -5,024 | 0 | 0 | 0 | -5,024 |
|     MA-TEAMSTER | -18.60 HR | -19 | -804 | 0 | 0 | 0 | -804 |
|     FLAT BED TRUCK | -18.60 HR | 0 | 0 | -279 | 0 | 0 | -279 |
|     PICK UP TRUCK F250 | -37.20 HR | 0 | 0 | -324 | 0 | 0 | -324 |
|     TOTAL Less Tested & Accepted Seals | | -167 | -7,555 | -603 | 0 | 0 | -8,157 |
|   TOTAL Cost Incurred by ODF | | 733 | 33,062 | 2,637 | 0 | 6,579 | 42,278 |
| **Spiniello's ODF Support** | | | | | | | |
|   Schedule output | | | | | | | |
|   500 Seals / 20 Seals /Day = 25 days | | | | | | | |
|   93 seals /500 = 19 % or 4.65 days accepted seals | | | | | | | |
|   2 men x 25 days x 8 hrs/day = 400 hrs | | | | | | | |
|   4.65 days x 8 hrs/day = 37.2 hrs | | | | | | | |
|   400 hrs - 37.2 = 362.8 lost time installing seals | | | | | | | |
|   Spiniello ODF Support | | | | | | | |
|     MA-LABOR | 362.80 HR | 363 | 16,334 | 0 | 0 | 0 | 16,334 |
|     TOTAL Spiniello ODF Support | | 363 | 16,334 | 0 | 0 | 0 | 16,334 |
|   TOTAL Spiniello's ODF Support | | 363 | 16,334 | 0 | 0 | 0 | 16,334 |

```
Mon 11 Sep 2000                        Spiniello Companies
Eff. Date  09/09/00              PROJECT WEST01:  MWRA-6280 Weston Aqueduct              TIME 10:19:13
DETAILED ESTIMATE                         Impact Proposal
                                    3. Spiniello Field Impact & Delay                   DETAIL PAGE   2
```

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| **Spiniello Field Impact & Delay** | | | | | | | |
| **Field Supervision and Management** | | | | | | | |
| Includes all top field management personnel, superintendents and non-working foremen, and their subsistence, travel, vehicles, supplies and miscellaneous. (2 Weeks) Does not cover Cement Mortar Lining Maintenance. | | | | | | | |
| Project Manager | 2.00 WK | 0 | 3,700 | 0 | 0 | 0 | 3,700 |
| General Superintendent | 2.00 WK | 0 | 3,550 | 0 | 0 | 0 | 3,550 |
| Area Superintendent | 2.00 WK | 0 | 3,550 | 0 | 0 | 0 | 3,550 |
| Civil Superintendent | 2.00 WK | 0 | 3,200 | 0 | 0 | 0 | 3,200 |
| Managers' Clerks, Typists Receptionist | 2.00 WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Sedan/C-Pickup (Monthly Cost) 2/3-time Standby | 2.00 WK | 0 | 0 | 161 | 0 | 0 | 161 |
| 4x2 3/4T Pickup (Monthly Cost) 2/3-time Standby | 2.00 WK | 0 | 0 | 223 | 0 | 0 | 223 |
| Daily Subsistence (Per Man Day) | 60.00 DAY | 0 | 0 | 0 | 0 | 3,000 | 3,000 |
| Supervision Travel to Job Site Gen Superintendent | 1.00 EA | 0 | 0 | 0 | 0 | 500 | 500 |
| Home Office Execs Travel to Job | 2.00 EA | 0 | 0 | 0 | 0 | 1,200 | 1,200 |
| Hotel Cost per Night | 8.00 EA | 0 | 0 | 0 | 0 | 776 | 776 |
| **TOTAL Field Supervision and Management** | | 0 | 14,713 | 384 | 0 | 5,476 | 20,573 |
| **Safety, Trfc Cntrl, Fst Aid, Fire** | | | | | | | |
| Safety, Traffic Control, First Aid, and Fire Prevention in Open Access Pits Includes all personnel, supplies and vehicles needed for safety, traffic control, first aid, safety training and fire prevention. | | | | | | | |
| Safety Engineer | 2.00 WK | 0 | 2,200 | 0 | 0 | 0 | 2,200 |
| 4x2 3/4T Pickup (Monthly Cost) Assume 2/3-time Standby | 2.00 WK | 0 | 0 | 223 | 0 | 0 | 223 |
| Two Flagman Crew, One Pilot Car | 10.00 DAY | 0 | 194 | 123 | 0 | 0 | 317 |
| 28" high Traffic Cone | 40.00 EA | 0 | 0 | 0 | 360 | 480 | 840 |
| Safety Barrels 36" Tall | 20.00 EA | 0 | 0 | 0 | 600 | 900 | 1,500 |
| Traffic Barriers Type 2 w/ Two Striped Boards 24"Long A-Frame, Traffic Barrier | 1.00 EA | 0 | 0 | 0 | 44 | 8 | 52 |
| Median Warning Sign Reflective Sheeting w/ stand | 1.00 EA | 0 | 0 | 0 | 70 | 0 | 70 |
| LITE SET, 2L/1000W,2.5KW-GEN,TRL | 10.00 DAY | 0 | 0 | 206 | 0 | 0 | 206 |
| FLASHING ARROW, 25 LIGHTS, TRLR REF. EP 1110-1-8 | 240.00 HR | 0 | 0 | 472 | 0 | 0 | 472 |
| FLASHING ARROW, TRLR MTD, 25 LIGHT | | | | | | | |
| Precast Temporary Barrier Wall- 10 Ft Sections | 40.00 LF | 0 | 55 | 19 | 805 | 0 | 880 |
| Two Flagman Crew | 10.00 DAY | 0 | 101 | 29 | 0 | 650 | 780 |

```
Mon 11 Sep 2000                        Spiniello Companies
Eff. Date  09/09/00              PROJECT WEST01:  MWRA-6280 Weston Aqueduct                TIME 10:19:13
DETAILED ESTIMATE                         Impact Proposal
                                  3. Spiniello Field Impact & Delay                        DETAIL PAGE   3
```

| , Trfc Cntrl, Fst Aid,Fire | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| TOTAL Safety, Trfc Cntrl, Fst Aid,Fire | | 0 | 2,551 | 1,074 | 1,879 | 2,038 | 7,541 |

Miscellaneous Project Expenses
    Includes all project costs not otherwise classified.

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Daily Site Cleanup, 1 laborer * 2 hrs/day * 22 day/mo = 44mhrs | 2.00 WK | 0 | 260 | 3 | 0 | 0 | 263 |
| Handheld Radios (Private Line) | 2.00 WK | 0 | 0 | 0 | 390 | 0 | 390 |
| Temporary Fencing | 2.00 WK | 0 | 0 | 0 | 46 | 0 | 46 |
| Rental, 8" Blower 1-1/2 HP Elec No Operating Cost. | 2.00 WK | 0 | 0 | 0 | 37 | 0 | 37 |
| Rental, 20' of Duct. for 8"Blower No Operating Cost. | 2.00 WK | 0 | 0 | 0 | 23 | 0 | 23 |
| TOTAL Miscellaneous Project Expenses | | 0 | 260 | 3 | 496 | 0 | 759 |

Project Utilities
    Includes installation, removal and monthly costs for public utilities
    not otherwise classified.

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Telephone Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Electrical Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Sewer Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Water Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Mob, Dumpster 20CY Trash Bin, | 1.00 EA | 0 | 0 | 0 | 87 | 0 | 87 |
| Rental, Dumpster 20CY Trash Bin, | 2.00 WK | 0 | 0 | 0 | 14 | 0 | 14 |
| Project Garbage Service | 2.00 WK | 0 | 0 | 0 | 0 | 92 | 92 |
| TOTAL Project Utilities | | 0 | 0 | 0 | 101 | 1,938 | 2,039 |

Insurance,Interest,Permits &Fees
    Two (2) Weeks Lost Time - Includes Insurance Cost, Permits and Fees
    required by the Contract.
    B & O Taxes, TERO Taxes and Performance Bond cost are not included in the
    Job Overhead

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Builders Risk Insurance Premiums (74,000 /104 Wk) | 2.00 WK | 0 | 0 | 0 | 0 | 2,769 | 2,769 |
| Highway Protective Insurance | 2.00 WK | 0 | 0 | 0 | 0 | 100 | 100 |
| TOTAL Insurance,Interest,Permits &Fees | | 0 | 0 | 0 | 0 | 2,869 | 2,869 |
| TOTAL Spiniello Field Impact & Delay | | 0 | 17,523 | 1,461 | 2,476 | 12,322 | 33,782 |

```
Mon 11 Sep 2000                         Spiniello Companies
Eff. Date  09/09/00                                                                    TIME 10:19:13
                        PROJECT WEST01:   MWRA-6280 Weston Aqueduct
DETAILED ESTIMATE                          Impact Proposal
                                       4. Home Office Overhead                         DETAIL PAGE   4
```

| | QUANTY | UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|---|
| **Home Office Overhead** | | | | | | | | |
| **Administration Home Office** | | | | | | | | |
| Includes the field office support and all field administrating, accounting purchasing inventory, and personnel. Also their subsistence and travel, offices, vehicles, supplies and miscellaneous items to run the field office are included here. Does not cover warehouse and warehouse personnel cost. | | | | | | | | |
| Contract Administrator | 2.00 | WK | 0 | 4,400 | 0 | 0 | 0 | 4,400 |
| Sedan/Pickup   (Monthly Cost) 2/3-time Standby | 2.00 | WK | 0 | 0 | 161 | 0 | 0 | 161 |
| Accountants, Comptrollers | 2.00 | WK | 0 | 1,736 | 0 | 0 | 0 | 1,736 |
| Clerks, Typists, Bookkeepers, & Receptionist | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Personnel Managers | 2.00 | WK | 0 | 1,759 | 0 | 0 | 0 | 1,759 |
| Personnel Clerks | 2.00 | WK | 0 | 970 | 0 | 0 | 0 | 970 |
| Office Manager | 2.00 | WK | 0 | 1,982 | 0 | 0 | 0 | 1,982 |
| Stenographers | 2.00 | WK | 0 | 937 | 0 | 0 | 0 | 937 |
| Reproduction Operators | 2.00 | WK | 0 | 849 | 0 | 0 | 0 | 849 |
| Messengers / Mail Clerks | 2.00 | WK | 0 | 847 | 0 | 0 | 0 | 847 |
| Payroll Timekeepers | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Payroll Masters | 2.00 | WK | 0 | 1,119 | 0 | 0 | 0 | 1,119 |
| Payroll Clerks | 2.00 | WK | 0 | 970 | 0 | 0 | 0 | 970 |
| Hired Janitors, for 2 hr/night * 22 day / month  = 44 hr/month = 44 hr/month | 2.00 | WK | 0 | 166 | 4 | 0 | 0 | 171 |
| Inventory Control Manager | 2.00 | WK | 0 | 1,104 | 0 | 0 | 0 | 1,104 |
| Inventory Clerks, Typists | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Purchasing Agents, Chief | 2.00 | WK | 0 | 1,933 | 0 | 0 | 0 | 1,933 |
| Purchasing Agents | 2.00 | WK | 0 | 1,297 | 0 | 0 | 0 | 1,297 |
| Purchasing Expediters / Buyers | 2.00 | WK | 0 | 1,307 | 0 | 0 | 0 | 1,307 |
| Purchasing Clerks, Typists | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Telephone  Usage Fees | 2.00 | WK | 0 | 0 | 0 | 0 | 92 | 92 |
| Electrical Usage Fees | 2.00 | WK | 0 | 0 | 0 | 0 | 23 | 23 |
| **TOTAL Administration Home Office** | | | 0 | 24,228 | 165 | 0 | 115 | 24,508 |
| **TOTAL Home Office Overhead** | | | 0 | 24,228 | 165 | 0 | 115 | 24,508 |
| **Consulting Engineer Cost** | | | | | | | | |
| Consulting Engineer Cost | | | | | | | | |
| Consulting Engineer Cost | 1.00 | LS | 0 | 0 | 0 | 0 | 8,500 | 8,500 |
| **TOTAL Consulting Engineer Cost** | | | 0 | 0 | 0 | 0 | 8,500 | 8,500 |

```
Mon. 11 Sep 2000                          Spiniello Companies
Eff. Date  09/09/00              PROJECT WEST01:   MWRA-6280 Weston Aqueduct                      TIME 10:19:13
DETAILED ESTIMATE                                 Impact Proposal
                                             5. Consulting Engineer Cost                          DETAIL PAGE   5
```

| Consulting Engineer Cost | QUANTY | UOM | MANHRS | LABOR | EQUIPMN | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|---|
| TOTAL Consulting Engineer Cost | | | 0 | 0 | 0 | 0 | 8,500 | 8,500 |

Delay to Get back on Track

Field Supervision and Management
    Includes all top field management personnel, superintendents and
non-working foremen, and their subsistence, travel, vehicles, supplies and
miscellaneous. (2 Weeks) Does not cover Cement Mortar Lining Maintenance.

| | QUANTY | UOM | MANHRS | LABOR | EQUIPMN | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|---|
| Project Manager | 2.00 | WK | 0 | 3,700 | 0 | 0 | 0 | 3,700 |
| General Superintendent | 2.00 | WK | 0 | 3,550 | 0 | 0 | 0 | 3,550 |
| Area Superintendent | 2.00 | WK | 0 | 3,550 | 0 | 0 | 0 | 3,550 |
| Civil Superintendent | 2.00 | WK | 0 | 3,200 | 0 | 0 | 0 | 3,200 |
| Managers' Clerks, Typists | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Receptionist | | | | | | | | |
| Sedan/C-Pickup (Monthly Cost) 2/3-time Standby | 2.00 | WK | 0 | 0 | 161 | 0 | 0 | 161 |
| 4x2 3/4T Pickup (Monthly Cost) 2/3-time Standby | 2.00 | WK | 0 | 0 | 223 | 0 | 0 | 223 |
| Daily Subsistence (Per Man Day) | 60.00 | DAY | 0 | 0 | 0 | 0 | 3,000 | 3,000 |
| Supervision Travel to Job Site Gen Superintendent | 1.00 | EA | 0 | 0 | 0 | 0 | 500 | 500 |
| Home Office Execs Travel to Job | 2.00 | EA | 0 | 0 | 0 | 0 | 1,200 | 1,200 |
| Hotel Cost per Night | 8.00 | EA | 0 | 0 | 0 | 0 | 776 | 776 |
| TOTAL Field Supervision and Management | | | 0 | 14,713 | 384 | 0 | 5,476 | 20,573 |

Administration Home Office
    Includes the field office support and all field administrating,
accounting
purchasing inventory, and personnel. Also their subsistence and
travel, offices, vehicles, supplies and miscellaneous items to run the
field
office are included here. Does not cover warehouse and warehouse
personnel cost.

| | QUANTY | UOM | MANHRS | LABOR | EQUIPMN | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|---|
| Contract Administrator | 2.00 | WK | 0 | 4,400 | 0 | 0 | 0 | 4,400 |
| Sedan/Pickup (Monthly Cost) 2/3-time Standby | 2.00 | WK | 0 | 0 | 161 | 0 | 0 | 161 |
| Accountants, Comptrollers | 2.00 | WK | 0 | 1,736 | 0 | 0 | 0 | 1,736 |
| Clerks, Typists, Bookkeepers, & Receptionist | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Personnel Managers | 2.00 | WK | 0 | 1,759 | 0 | 0 | 0 | 1,759 |
| Personnel Clerks | 2.00 | WK | 0 | 970 | 0 | 0 | 0 | 970 |
| Office Manager | 2.00 | WK | 0 | 1,982 | 0 | 0 | 0 | 1,982 |
| Stenographers | 2.00 | WK | 0 | 937 | 0 | 0 | 0 | 937 |
| Reproduction Operators | 2.00 | WK | 0 | 849 | 0 | 0 | 0 | 849 |
| Messengers / Mail Clerks | 2.00 | WK | 0 | 847 | 0 | 0 | 0 | 847 |
| Payroll Timekeepers | 2.00 | WK | 0 | 713 | 0 | 0 | 0 | 713 |

```
Mon 11 Sep 2000                        Spiniello Companies
Eff. Date 09/09/00        PROJECT WEST01:  MWRA-6280 Weston Aqueduct           TIME 10:19:13
DETAILED ESTIMATE                        Impact Proposal
                                  6. Delay to Get back on Track                DETAIL PAGE    6
```

## Administration Home Office

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Payroll Masters | 2.00 WK | 0 | 1,119 | 0 | 0 | 0 | 1,119 |
| Payroll Clerks | 2.00 WK | 0 | 970 | 0 | 0 | 0 | 970 |
| Hired Janitors, for 2 hr/night | 2.00 WK | 0 | 166 | 4 | 0 | 0 | 171 |
| * 22 day / month = 44 hr/month | | | | | | | |
| = 44 hr/month | | | | | | | |
| Inventory Control Manager | 2.00 WK | 0 | 1,104 | 0 | 0 | 0 | 1,104 |
| Inventory Clerks, Typists | 2.00 WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Purchasing Agents, Chief | 2.00 WK | 0 | 1,933 | 0 | 0 | 0 | 1,933 |
| Purchasing Agents | 2.00 WK | 0 | 1,297 | 0 | 0 | 0 | 1,297 |
| Purchasing Expediters / Buyers | 2.00 WK | 0 | 1,307 | 0 | 0 | 0 | 1,307 |
| Purchasing Clerks, Typists | 2.00 WK | 0 | 713 | 0 | 0 | 0 | 713 |
| Telephone Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 92 | 92 |
| Electrical Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 23 | 23 |
| TOTAL Administration Home Office | | 0 | 24,228 | 165 | 0 | 115 | 24,508 |

## Safety, Trfc Cntrl, Fst Aid, Fire

Safety, Traffic Control, First Aid, and Fire Prevention in Open Access Pits
Includes all personnel, supplies and vehicles needed for safety,
traffic control, first aid, safety training and fire prevention.

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Safety Engineer | 2.00 WK | 0 | 2,200 | 0 | 0 | 0 | 2,200 |
| 4x2 3/4T Pickup  (Monthly Cost) | 2.00 WK | 0 | 0 | 223 | 0 | 0 | 223 |
| Assume 2/3-time Standby | | | | | | | |
| Two Flagman Crew, One Pilot Car | 10.00 DAY | 0 | 194 | 123 | 0 | 0 | 317 |
| 28" high Traffic Cone | 40.00 EA | 0 | 0 | 0 | 360 | 480 | 840 |
| Safety Barrels 36" Tall | 20.00 EA | 0 | 0 | 0 | 600 | 900 | 1,500 |
| Traffic Barriers | | | | | | | |
| Type 2 w/ Two Striped Boards | 1.00 EA | 0 | 0 | 0 | 44 | 8 | 52 |
| 24"Long A-Frame, Traffic Barrier | | | | | | | |
| Median Warning Sign | 1.00 EA | 0 | 0 | 0 | 70 | 0 | 70 |
| Reflective Sheeting w/ stand | | | | | | | |
| LITE SET, 2L/1000W,2.5KW-GEN,TRL | 10.00 DAY | 0 | 0 | 206 | 0 | 0 | 206 |
| FLASHING ARROW, 25 LIGHTS, TRLR | 240.00 HR | 0 | 0 | 472 | 0 | 0 | 472 |
| REF. EP 1110-1-8 | | | | | | | |
| FLASHING ARROW, TRLR MTD, 25 LIGHT | | | | | | | |
| Precast Temporary Barrier Wall- | 40.00 LF | 0 | 55 | 19 | 805 | 0 | 880 |
| 10 Ft Sections | | | | | | | |
| Two Flagman Crew | 10.00 DAY | 0 | 101 | 29 | 0 | 650 | 780 |
| TOTAL Safety, Trfc Cntrl, Fst Aid,Fire | | 0 | 2,551 | 1,074 | 1,879 | 2,038 | 7,541 |

## Miscellaneous Project Expenses

Includes all project costs not otherwise classified.

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Daily Site Cleanup, 1 laborer | 2.00 WK | 0 | 260 | 3 | 0 | 0 | 263 |
| * 2 hrs/day * 22 day/mo = 44mhrs | | | | | | | |
| Handheld Radios (Private Line) | 2.00 WK | 0 | 0 | 0 | 390 | 0 | 390 |
| Temporary Fencing | 2.00 WK | 0 | 0 | 0 | 46 | 0 | 46 |
| Rental, 8" Blower 1-1/2 HP Elec | 2.00 WK | 0 | 0 | 0 | 37 | 0 | 37 |
| No Operating Cost. | | | | | | | |

```
MON 11 Sep 2000                     Spinietto Companies
Eff. Date  09/09/00          PROJECT WEST01:  MWRA-6280 Weston Aqueduct                    TIME 10:19:13
DETAILED ESTIMATE                       Impact Proposal
                                  6. Delay to Get back on Track                         DETAIL PAGE   7
```

| Miscellaneous Project Expenses | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Rental, 20' of Duct. for 8" Blower No Operating Cost. | 2.00 WK | 0 | 0 | 0 | 23 | 0 | 23 |
| TOTAL Miscellaneous Project Expenses | | 0 | 260 | 3 | 496 | 0 | 759 |

Project Utilities
    Includes installation, removal and monthly costs for public utilities
    not otherwise classified.

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Telephone Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Electrical Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Sewer Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Water Usage Fees | 2.00 WK | 0 | 0 | 0 | 0 | 462 | 462 |
| Mob, Dumpster 20CY Trash Bin, | 1.00 EA | 0 | 0 | 0 | 87 | 0 | 87 |
| Rental, Dumpster 20CY Trash Bin, | 2.00 WK | 0 | 0 | 0 | 14 | 0 | 14 |
| Project Garbage Service | 2.00 WK | 0 | 0 | 0 | 0 | 400 | 400 |
| TOTAL Project Utilities | | 0 | 0 | 0 | 101 | 2,246 | 2,347 |

Insurance, Interest, Permits & Fees
    Two (2) Weeks Lost Time - Includes Insurance Cost, Permits and Fees
    required by the Contract.
    B & O Taxes, TERO Taxes and Performnce Bond cost are not included in the
    Job Overhead

| | QUANTY UOM | MANHRS | LABOR | EQUIPMNT | MATERIAL | OTHER | TOTAL CST |
|---|---|---|---|---|---|---|---|
| Builders Risk Insurance Premiums (74,000 /104 Wk) | 2.00 WK | 0 | 0 | 0 | 0 | 2,769 | 2,769 |
| Highway Protective Insurance | 2.00 WK | 0 | 0 | 0 | 0 | 100 | 100 |
| TOTAL Insurance, Interest, Permits & Fees | | 0 | 0 | 0 | 0 | 2,869 | 2,869 |
| TOTAL Delay to Get back on Track | | 0 | 41,751 | 1,626 | 2,476 | 12,744 | 58,597 |
| TOTAL MWRA-6280 Weston Aqueduct | | 1,095 | 132,897 | 5,889 | 4,952 | 40,260 | 183,998 |