# EXHIBIT 5

PO BOX 380 UPHAMS CORNER
DORCHESTER, MA 02125
Ph  617-442-5069
Fax 617-442-4335

## PURCHASE ORDER  No.  ODF 486-1

| Job No | Project | Requested by | Date |
|---|---|---|---|
| ODF 486 | WESTON Aqueduct Supply Mains | | 6/20/00 |

| F.O.B. | JOBSITE ADDRESS | VENDOR | SHIPMENT DATE |
|---|---|---|---|
| ☐ job site | Commonwealth Ave  Newton, Mass | Brico Industries Inc.  P.O. Box 48776  Atlanta Ga | |
| ☐ pick up | Contact: Lenoard Macari  Ph  Fax | Contact:  Ph  Fax | MATER. USED FOR ITEM # |

| No. | Descriprion | Unit | QTY | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | 48" x 11 ¾" w Innersert II  for 48" CIP | each | 2000 ± | $252.00 | 504,000.- |
| 2. | 60" x 11 ¾" w Innersert II  for 60" CIP | each | 1060 ± | $287.00 | 304,220.- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TOTAL: | | | | 808,220.- |
|---|---|---|---|---|

ORDERED BY _____ / Pres /   DATE  6/20/00