# EXHIBIT 6

# LETTER OF INTENT
## MINORITY/WOMEN BUSINESS ENTERPRISE PROGRAM

MWRA Contract Number: __6280__

Project Location: __Newton MA__

To: __SPINIELLO Companies__
   Name of Prime Bidder

The undersigned intends to perform work in connection with the above project as:

[ ] an individual
[ ] a partnership            MBE __X__
[X] a corporation            WBE _____
[ ] a joint venture with _____
[ ] other (explain) _____

The undersigned has been certified by SOMWBA and has not changed its minority/women ownership, control, or managment without notifying MWRA within thirty (30) days of such a change.
   The undersigned is prepared to perform the following work in connection with the above project.
(Specify in detail particuar work items or parts thereof to be performed).

__See Below__

Agreed Price: __1,121,020.02__

You have projected the following commencement date for such work, and the undersigned is projecting completion of such work as follows:

| Items | Projected Commencement Date | Projected Completion Date |
|---|---|---|
| (1) Supply & Install Internal Joint Seals | June 1 2000 | January 15, 2002 |
| (2) Supply Trucking & Disposal | | |

The above work will not be sublet to a non-Minority or non-Women-Owned Business Enterprise at any tier. The undersigned will enter into a formal agreement for the above work with you conditioned upon your execution of a contract with the MWRA.

__Robert DePalk__                                __Oliver D. Fernandez Jr.__
Authorized Agent for Prime Bidder  (Print Name)     Authorized Agent for MBE/WBE   (Print Name)

_[signature]_     __6/12/2000__          _[signature]_        __6/20/00__
Signature         Date                   Signature            Date

Submit To:  EEO Monitor                      __ODF Contracting Co Inc.__
            MWRA                             Name of Company
            Charlestown Navy Yard
Rev. 1      100 First Avenue                                          EEO-92-007
11/92       Boston, MA 02129        00810

- 32 -

# MINORITY/WOMEN BUSINESS ENTERPRISE PROGRAM

MWRA Contract Number: 6250    Date: 6/12 19. 2000

Project Name: Weston Aqueduct Supply Mains (WASM 1 & 2)

By: ODF Contracting Company
(Name of MBE/WBE)

Contractor: Spiniello Companies

## DESCRIPTION OF WORK (LETTER OF INTENT)

| Description of Activity | Quantity | Unit Price | Amount |
|---|---|---|---|
| Supply & Install Joint Seals | 2000 | 393.30 | 686,600.00 |
| Supply & Install Joint Seals | 1060 | 379.17 | 401,920.02 |
| Supply Trucking & Disposal | 500 hours | 65.00/hr | 32,500.00 |

Work to commence on: _____    MBE/WBE Amount $ 1,121,020.02

If the start up date or description of activity is different from that listed in
in the contract, please explain:

_____

_____

(If more space is needed, continue on back of sheet)

I hereby certify that all work listed in the contract Letter of Intent (or approved changes thereto as explained above) will commence on 6/1 , 19 2000 and that the above amount for these services is the true amount.

**CONTRACTOR**                                  **MBE/WBE**

By: Spiniello Companies              By: ODF Contracting Co Inc

Name: Robert DePonte                 Name: _____

Title: Regional Manager              Title: President

Date: 6/12/2000                      Date: 6/20/00

Note: This Form and an executed subcontract, lease or rental agreement, must be submitted to MWRA AACU and Project Engineer or designee 10 days prior to start of MBE/WBE work. Failure to complete this form may result in sanctions for non-compliance.