# EXHIBIT 7

# MASSACHUSETTS WATER RESOURCES AUTHORITY
## MONTHLY COMPLIANCE REPORT
### MINORITY / WOMEN BUSINESS ENTERPRISES PROGRAM

| | |
|---|---|
| MWRA CONTRACT NO.: 6280 | REPORT FOR: August 1, 2001 |
| CONTRACTOR: Spiniello Companies | CONTACT PERSON: Todd Galletti |
| PROJECT NAME: WASM 1 & 2 | PREPARED BY: Todd Galletti |
| LOCATION: Newton, MA | TITLE: Project Engineer |
| PROJECT START DATE: April 2000   END DATE May 2002 | SIGNATURE: [signed] |
| | TO: Aug. 31, 2001 |
| | DATE: 09/06/01 |

| NAME OF MBE/WBE FIRM | INDICATE MBE | INDICATE WBE | DESCRIPTION OF WORK ORDER | DATE OF AWARD | TOTAL AMOUNT OF CONTRACT | MBE AMOUNT THIS PERIOD | WBE AMOUNT THIS PERIOD |
|---|---|---|---|---|---|---|---|
| **Construction** | | | | | | | |
| ODF Contracting Co. | x | | Supply & install internal joint seals Provide trucking & disposal services | 04/01/00 | $765,377.25 | $0.00 | |
| **Professional Services** | | | | | | | |
| **Goods/Non-Prof. Services** | | | | | | | |
| CEI Resources | | x | Equipment supplying & financing | 06/01/00 | $193,895.57 | | $15,475.69 |
| | | | | TOTALS | $959,272.82 | $0.00 | $15,475.69 |

SUBMIT TO:
1. EEO Monitor, MWRA
2. Project Engineer, MWRA or designee

Charlestown Navy Yard
100 First Avenue
Boston, MA 02129

NOTE: This report is due within 10 working days following the reporting period for which this report has been prepared.