# EXHIBIT 8

**CDM** Camp Dresser & McKee Inc.

**Massachusetts Water Resources Authority**
**Weston Aqueduct Supply Mains (WASM)**
**Rehabilitation Project**
**Numbers 1 & 2, Sections 2,3,4,5 & 6**
**MWRA Contract No. 6280**

**Minutes of the Construction Progress Meeting of June 1, 2000( Continued):**
There were some "preliminary" discussions on the requirements for filling, disinfecting and flushing the WASM 2. It was suggested that the Contractor put together an Operations Plan for the Authority to review.

The use of Flex-Lok joints for restrained pipe was discussed. Paul Rullo noted that MWRA Operations may not be receptive to the use of the Flex-Lok. Asked that CDM provide an RFI.

Discussions then moved to the concept of additional valves at Bulloughs Parkway. Lisa Hamilton Hamilton and Jim Pescatore Powers asked that consideration be given to providing two (2) new downstream valves for transmission system flexibility. The concept would require a 60" BFV w/chamber, a 48" BFV w/chamber a new Blow Off connection and new Air Release Valves and Manhole.

Jim Pescatore Pescatore asked if CDM should proceed with design and COD. Frank DePaola wants to discuss the matter with Lisa Hamilton and Jim Pescatore, but said it would be o.k. to proceed with a PCO.

John Walsh noted that he needs to excavate some test pits to determine pipe elevations at Bulloughs Pond and also confirm utility locations. Glendye noted that it is also necessary to accurately locate the existing sedimentation basin on Bulloughs Parkway so that the proposed Blow Off installation can be confirmed.

Jim Pescatore asked what the lead time is for Butterfly Valves. John Walsh said he anticipated a July, 2000 delivery.

There was some discussion on MBE/WBE requirements.

Charlene Stavioli noted that the required correspondence to change Fiore for ODF is the Letter of Intent, Subcontractor Agreement, Certificate of Work Start Up, and Revised Schedule of Participation.

Charlene noted that each MBE/WBE should be submitted on.

[text redacted/blacked out – partially legible references to DePaola noting that Change Orders are subject to MBE/WBE requirements; Charlene noted that ODF must be the firm that not only installs the Inner Seals but must also purchase the Inner Seals; comments regarding the "Original Purchase Order" for the Inner Seals and also the "Revised Purchase Order".]

SPINIELLO
Exhibit No. 6 for I.D.
Date: 12/20/05
Reporter: K.A. Smith



**Massachusetts Water Resources Authority**
**Weston Aqueduct Supply Mains (WASM)**
**Rehabilitation Project**
**Numbers 1 & 2, Sections 2,3,4,5 & 6**
**MWRA Contract No. 6280**

<u>**Minutes of the Construction Progress Meeting of June 1, 2000( Continued):**</u>

Charlene also noted that the Contractor must provide documentation to show that a good faith effort has been made to hire females and minorities.

~~Rick DaPonte noted that the report that CDM will be sending out approximately three weeks from today.~~

There were no other topics of importance discussed, and this meeting adjourned.

The next meeting was scheduled for Thursday, June 1, 2000 @ 8:00 AM

Recorded & Submitted by
CAMP DRESSER & McKEE, INC.

James M. Glendye Sr.

**CDM** Camp Dresser & McKee Inc.

**Massachusetts Water Resources Authority**
**Weston Aqueduct Supply Mains (WASM)**
**Rehabilitation Project**
**Numbers 1 & 2, Sections 2,3,4,5 & 6**
**MWRA Contract No. 6280**

**Minutes of the Construction Progress Meeting of June 1, 2000(Continued):**

**ATTENDEE COMMENTS**

ADDITIONS:

DELETIONS:

COMMENTS:

**END OF DOCUMENT**