Exhibit A

## SECTION 02776

### INTERNAL PIPE-JOINT SEALS

**PART 1 - GENERAL**

**1.01 SUMMARY**

    A.   Section Includes:

        1.   Internal Pipe-Joint Seals, Retaining Bands and Accessories.

    B.   Products Furnished but not Installed Under this Section: **N/A**

    C.   Products Installed but not Furnished Under this Section: **N/A**

    D.   Related Sections:

        1.   Section 01300 - Submittals

        2.   Section 02711 - Cleaning and Cement-Mortar Lining Existing Pipe

**1.02 REFERENCES** (Use Latest Revisions)

    A.   American Society for Testing and Materials (ASTM):

        1.   ASTM D2000 - Standard Classification System for Rubber Products in automotive application.

        2.   ASTM D3568 - Standard Test Method for Rubber Evaluation for EPDM (Ethylene Propylene Diene Terpolymers) including mixtures with oils.

        3.   ASTM D412 - Standard Test Method for Rubber Properties in Tension.

        4.   ASTM D395 - Standard Test Method of Rubber Compression Set.

        5.   ASTM D2240 - Standard Test Method for Rubber Property Durometer Harness.

        6.   ASTM D572 - Standard Test Method for Rubber

Deterioration by Heat and Oxygen.

7.  ASTM D573 - Standard Test Method for Rubber Deterioration in Air Oven.

8.  ASTM D1149 - Standard Test Method for Rubber Deterioration Surface Ozone Cracking in a Chamber.

9.  ASTM D1171 - Standard Test Method for Rubber Deterioration Surface Ozone Cracking Outdoors or Chamber.

10.  ASTM A240 - Standard Specifications for Heat-Resisting Chromium and Chromium-Nickel Stainless Steel Plate, Sheet, and Strip for Pressure Vessels.

11.  ASTM C150 - Standard Specification for Cement Mortar.

B.  Food and Drug Administration (FDA):

1.  FDA Section 177.2600 - Rubber Articles Intended for Repeated Use, Title 21 Code of Federal Regulations.

**1.03 DEFINITIONS: N/A**

**1.04 SYSTEM DESCRIPTION:**

A.  Furnish all labor, materials, equipment and incidentals required, install, and test internal pipe-joint seals as shown on the Contract Drawings and as specified herein.

1.  Internal pipe-joint seals shall create a water-tight seal capable of withstanding a pressure of 200 psi.

2.  Internal pipe-joint seals shall be a permanent, noncorrodible, flexible pipe-joint seal that can accommodate normal pipe movement resulting from ground movement, thermal expansion, contraction or vibration.

3.  Internal pipe-joint seals shall be installed on all 48-inch and 60-inch diameter cast iron water main joints to remain after cleaning the joints.

4.    Extra-wide internal pipe-joint seals shall be installed on all existing insulation joints, sleeves, couplings and existing abandoned buried manholes to remain on the 48-inch and 60-inch diameter cast iron water mains.  Internal pipe-joint seals shall be provided as required to span wider joint spaces at insulation joints and sleeve joints.  Special internal pipe sleeves of sufficient length to cover abandoned manhole opening shall be installed at existing abandoned manhole fittings.

5.    Internal pipe-joint seals shall be installed on all 12-inch and 16-inch diameter existing blow off fittings with lead joints to be recaulked.

## 1.05 SUBMITTALS

A.    Submit the following information to the Authority for review in accordance with Section 01300:

1.    Record of experience of proposed foreman having at least three years experience in the last five years prior to the start of the work; include location and description of work, supervisor's and company's name and dates that the experience took place. This shall be either the pipe joint seal manufacturer's foreman or the installation contractor's foreman, whoever is responsible for the pipe joint seal installation.

2.    Detailed information regarding:

a.    Materials, pressure test results, equipment, methods, and access openings.

b.    Furnish in duplicate, sworn certificates of such tests and their results prior to the shipment of the seals.

c.    Written certification that all materials comply with the required standards.

3.    Manufacturer's literature:

a.    Catalog cuts of  internal pipe-joint seals, retaining bands and accessories.

b.    Technical data on materials and proposed

MWRA Sec. 2, 3, 4, 5 & 6      02776 - 3            10/20/99 (Wed)

method of application.

c. Proposed testing procedures.

4. Internal pipe-joint seal checklist.

**1.06 QUALITY ASSURANCE:**

A. All internal pipe-joint seals and retaining bands to be installed under this project must be inspected and tested at the factory as required by the standard specifications to which the material is manufactured.

B. All internal pipe-joint seals and retaining bands to be installed under this Contract may be inspected at the plant for compliance with these Specifications by an independent testing laboratory selected by the Authority at the Authority's expense.

C. All internal pipe-joint seals shall have a seal test valve. Extra-wide internal-joint seals shall have seal test valves installed between all inner-seal retaining bands.

D. Inspection of the internal pipe-joint seals and retaining bands will also be made by the Authority after delivery. The seals will be subject to rejection at any time on account of failure to meet any of the Specification requirements. Seals rejected after delivery must be marked for identification and removed from the job.

E. Develop a checklist for recording pertinent information relative to the internal pipe-joint seals, their installation and testing and submit to the Authority for approval.

**1.07 DELIVERY, STORAGE AND HANDLING**

A. Care shall be taken in loading, transporting, and unloading to prevent injury to the seals. Under no circumstances may the seals be mis-handled or dragged on the ground.

B. Materials, if stored, shall remain in their original packaging and be kept safe from damage. The internal pipe-joint seals, retaining bands and accessories shall be kept free from dirt or foreign matter at all times.

    C.    Internal pipe-joint seals to be stored shall be placed in a cool location out of direct sunlight. Seals shall not come in contact with petroleum products. Seals shall be used on a first-in, first-out basis.

**1.08 PROJECT/SITE CONDITIONS: N/A**

**1.09 SEQUENCING AND SCHEDULING: N/A**

**1.10 WARRANTY: N/A**

**1.11 MAINTENANCE: N/A**

**PART 2 - PRODUCTS**

**2.01 MANUFACTURES:**

    A.    Internal Pipe-Joint Seals:

        1.    Miller Pipeline Corporation AMEX-101 WEKO SEALS.

        2.    Creamer Bros., Inc., IN-WEG Internal Joint Seal.

        3.    Brico Industries, Inc., INNERSEAL 11.

        4.    Or Approved Equal.

**2.02 MATERIALS:**

    A.    Internal Pipe-Joint Seals:

        1.    Internal pipe-joint seals shall be designed for installing on pit cast-iron and steel pipes, and have a working pressure rating of 200 psi. All components of the seals in contact with potable water shall be ANSI/National Sanitation Foundation (NSF) Standard 61 certified.

            Internal pipe-joint seals shall be wide enough to span existing cast iron bell and spigot joints.

            Extra-wide internal pipe-sleeves shall be installed with sufficient width (length) to span insulation joints, sleeves, couplings and existing steel riveted joints where approved and at abandoned 16 inch diameter manhole opening

fittings and existing abandoned buried manholes to remain on 48-inch and 60-inch cast iron pipes. A minimum of three Inner-Seal bands shall be installed in the sleeve.

2.  The membrane shall be an EPDM polymer conforming to ASTM D2000, D3568, D412, D395, D2240, D573 and D1171, or Nitrile (NBR) rubber conforming to ASTM D2000, D2240, D412, D572, D395, D1149 and both shall conform with FDA Section 177.2600. The width of the joint shall span the joint being repaired. The Contractor shall field verify the joint section length before installation of the joint seals.

3.  All metallic elements for securing rubber membrane shall be 304 stainless steel manufactured in accordance with ASTM A240. The minimum tensile stress shall be as required for the grade of stainless steel. If two or more bands are used per seal, each shall be 3/16" thick and 2" wide. Alternative band cross sections can be supplied such that the section modulus meets or exceeds that of the 3/16" x 2" band. Shims, if required, shall be per the manufacturer's recommendations. Bands shall be rolled to the radius of the pipe being repaired. Measurement information shall be based on actual field measurements at each seal installation location.

4.  All shop welds shall be made by certified welders with a minimum of 2 years experience within the past 5 years. Welding procedures shall be submitted if required by the Authority. No field welding shall be permitted.

5.  Cement mortar for pipe joint sealing backing is specified in Section 02330. This material, or any other porous material, shall not be used to fill imperfections in the pipe at the sealing surface.

6.  Liquid joint lubricant shall be nontoxic vegetable based gel, suitable for potable water use.

7.  Nontoxic epoxy cement shall have a flexural strength of 13,900 psi, compressive strength of 16,800 psi, tensile strength of 12,400 psi and an adhesive tensile strength of 1,000 psi. The epoxy cement shall have a pot life of 40 minutes.

8.  Thread sealing compound shall be past type with

inside pipe diameter and length at each joint or seal installation location to ensure that interior joint seals shall be adaptable to actual pipe dimensions.

C. Internal pipe-joint seals shall be installed in accordance with the manufacturer's instructions. Thoroughly clean the interior joint and fill to the full depth of the gap with cement mortar and render flush with the internal surface of the pipe. All surplus material shall be removed from the joint area prior to the surface preparation of the seal area.

D. The area of pipe on either side of the joint where the lip seal make contact with the pipe shall be prepared so that a permanent seal is obtained at the interface. All surface imperfections running axially through the sealing surface shall be removed by scraping or grinding. Circumferential grind marks shall not exceed 0.03-in. in depth. Imperfections shall be filled with approved nontoxic epoxy cement.

E. Immediately prior to fitting the seal, the area shall be cleaned with a dry brush and coated with a nontoxic lubricant.

**3.03 ERECTION: N/A**

**3.04 INSTALLATION:**

A. Contractor shall install the internal joint seals either by using the manufacturer's personnel or by using Contractor's personnel. If the installation is done by the Contractor, the Contractor shall obtain services of the manufacturer to provide training to the installation crew and be present for the initial installation. The Contractor shall be responsible for obtaining additional field supervision from the Manufacturer as necessary for successful installation.

B. The seal shall be positioned so that it bridges the joint gap with the test unit in the seal located at either 9 o'clock or 3 o'clock positions.

C. The stainless steel band and shims shall be placed underneath the wedge area in the grooves of the rubber sleeve with the spreader area and spacers near either the 9 o'clock or 3 o'clock positions to provide a bridge that will transmit the radial load evenly to the seal as the bands are expanded.

## 3.05 APPLICATION:

A.    Procedures for applying pressure to the seal's retaining bands shall be in accordance with the manufacturer's instructions.

B.    Initially, a minimum of 5% of the seals installed shall be field tested to a minimum of 5 psi and in accordance with the manufacturer's recommendations.

C.    Additional testing will be based on the failure rate of the seals tested.

D.    Testing will be performed on groups of seals as selected by the Contractor.  The number of seals in a group shall not exceed 20.  Testing will continue until all seals installed have been included in a group.  The tests for each group will be performed in steps until all seals tested pass. The Authority will select the seals to be tested.

   1.    Step 1.  Test 5% of all seals in the selected group.

   2.    Step 2.  The number of seals to be tested shall be (the number of Step 1 failed tests/5% of seals in the group) x the number of seals in the group.

   3.    Subsequent Steps.  The number of seals to be tested shall be (the number of failed tests in the previous step/the number of seals tested in the previous step) x the number of seals in the group.

## 3.06 FIELD QUALITY CONTROL:

A.    Complete the checklist for internal pipe-joint seals to include information relative to work performed since its last submittal.

## 3.07 ADJUSTING: N/A

## 3.08 CLEANING: N/A

## 3.09 DEMONSTRATION: N/A

## 3.10 PROTECTION: N/A

## 3.11 SCHEDULE: N/A

*    *    *

Exhibit B



## BRICO
Industries Inc.
A Victaulic® Company

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

# CONFIRMING QUOTATION

To:    Spiniello Companies
       35 Airport Road
       PO Box 1968
       Morristown, NJ 07962-1968

Attn.:    Mr. Jose Collazo

Project:    WASM No. 1 & 2; MWRA Contract #6280

Date:    December 20, 1999

This quotation acknowledges the receipt of Addenda's 1, 2 & 3. For questions regarding this proposal please contact either Robert Card at 1-800-841-6624, Bill Haines at 978-887-0272 or Paul Angert at 973-895-6101.

| Bid Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8a | 2,000 ea. | 48" x 11-3/4" W. InnerSeal II for 48" Cast Iron Pipe | @ *252.00 ~~$290.00~~ | *504,000 ~~$580,000.00~~ |
| 8a | 33 ea. | 48" x 11-3/4" W. InnerSeal II for 48" Pipe Joints with Couplings | $340.00 | $ 11,220.00 |
| 9a | 1,060 ea. | 60" x 11-3/4" W. InnerSeal II for 60" Cast Iron Pipe | @ *287.00 ~~$325.00~~ | 304,220.00 ~~$344,500.00~~ |
| 9a | 16 ea. | 60" x 11-3/4" W. InnerSeal II for 60" Pipe Joints with Couplings | $375.00 | $  6,000.00 |
| 9a | 2 ea. | 36" x 11-3/4" W. InnerSeal II for 36" Pipe Joints with Couplings | $300.00 | $    600.00 |

## SEE NEXT PAGE FOR WIDE INNERSEALS

Manufacturer of **DEPEND·O·LOK** Pipe Couplings.

WASM 1 & 2                                                    Page Two
MWRA Contract #6280
December 20, 1999

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
| -- | 12 ea. | 48" x 35-1/4" W. InnerSeal II (4 bands) for 48" Cast Iron Pipe Abandoned Blowoffs, Manholes & Branches (details C, D-4 & H, D-6 & C, D-9 & D, D-9) | $1,150.00 | $ 13,800.00 |
| -- | 1 ea. | 48" x 47" W. InnerSeal II (6 bands) for 48" Cast Iron Pipe Abandoned 36" Branch (detail D, D-9) | $1,550.00 | $ 1,550.00 |
| -- | 9 ea. | 60" x 35-1/4" W. InnerSeal II (4 bands) for 60" Cast Iron Pipe Abandoned Blowoffs & Manholes (details H, D-6 & C, D-9) | $1,450.00 | $ 13,050.00 |
| -- | 7 ea. | 12" or 16" x 11-3/4" W. InnerSeal II for 12" Blowoffs (details B, D-3 & D, D-4) | $245.00 | $ 1,715.00 |

INNERSEAL II TOTAL =        $866,155.00
                           ~~$972,435.00~~
                                       BS

**SPECIAL NOTE:** All InnerSeal II pricing is based on one segment bands. Add $35 per InnerSeal II if two segment bands are ordered.

### SEE NEXT PAGE FOR COUPLINGS

WASM 1 & 2                                                                          Page Three
MWRA Contract #6280
December 20, 1999

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
| -- | 12 ea. | 60" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | $1,400.00 $1320.00 BB | $16,800.00 $15,840.00 |
| -- | 25 ea. | 48" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | $900.00 $810.00 BB | $22,500.00 20250.00 |
| -- | 2 ea. | 60" Depend-O-Lok ExE Insulating Couplings for Connection from Existing Steel Pipe to New Steel Pipe (3/8" x 12" wide) | $1,400.00 | $ 2,800.00 |
| -- | 2 ea. | 48" Depend-O-Lok ExE Insulating Couplings for Connection from Existing Steel Pipe to New Steel Pipe (3/8" x 12" wide) | $900.00 | $ 1,800.00 |
| -- | 2 ea. | 36" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | 712.00 BB $ 750.00 | $ 1424.00 $ 1,500.00 |

**COUPLING TOTAL =**          $37514.00 BB   $45,400.00

**SEE NEXT PAGE FOR NOTES**

WASM 1 & 2                                                                                    Page Four
MWRA Contract #6280
December 20, 1999

General Notes:

1.    Contractor to field verify all existing inside and outside diameters prior to manufacture.

2.    InnerSeal II Materials: NSF 61 certified Buna-N sleeve - 11-3/4" wide. Type 304 stainless
      steel bands - 12 ga. thickness by 2-1/2" width, two bands per standard width (11-3/4") sleeve.

3.    InnerSeal II pricing is for materials only. Chipping of CML, grouting as required, seal
      installation and testing are not included and are the responsibility of the contractor.

4.    All buried couplings will be provided with fusion bonded epoxy per AWWA C-213.

5.    Brico Industries, Inc. will provide training and initial field supervision in accordance with
      section 3.04 A of Specification Section 02776. Periodic site visits by manufacturer or
      manufacturer's representative will be made over the duration of the project.

6.    Delivery schedule will be negotiated based on Contractor's proposed construction schedule at
      time of order placement.

7.    Two (2) Hydraulic Spreader Tools for InnerSeal II installation are included. Additional
      Hydraulic Spreader Tools may be purchased for $1100.00 each.

8.    Hydraulic Closure Tool for coupling installation is $1100.00. Credit issued for return of tool in
      good condition. Amount of credit is determined by return date of tool.

9.    Price is F.O.B. Atlanta, Georgia Full Freight Allowed. Contractor to unload.

10.   Payment terms are NET 30 days from date of invoice. No retainage allowed.

Sincerely,

Robert J. Card, P.E.
Vice President Engineering

CC: Mr. Bill Haines, Haines Enterprises
    Mr. Paul Angert, Products 2000

file: confirmingqtsp6280.doc

Exhibit C

# SPINIELLO COMPANIES

## PURCHASE ORDER

**№ M 5156**

BILL TO:
35 AIRPORT ROAD • P.O. Box 1968
MORRISTOWN, NJ 07962-1968
TEL: (973) 539-6363
FAX: (973) 539-4802

**ORIGINATING AREA:**

| MARYLAND | PITTSBURGH | NEWFOUNDLAND |
|---|---|---|
| TEL: (410) 235-0094 | TEL: (412) 687-5152 | TEL: (973) 697-2050 |
| FAX: (410) 243-6529 | FAX: (412) 687-7593 | FAX: (973) 697-5538 |

PAGE 1 of 2

TO: **BRICO INDUSTRIES INC.**   DATE: 3 / 7 / 19__

ADDRESS: P. BOX 48776   ATLANTA GA. 36362

SHIP TO: SPINIELLO COMPANIES

ADDRESS: COMMONWEALTH AVE   NEWTON MA.

| JOB NO. | CONTRACT NO. | SALES PERSON | DATE RECEIVED |
|---|---|---|---|
| ES-CL-4259 | MWRA CONT. #6280 | 973-895-6101 PAUL ANGERT | |

| QUANTITY ORDERED | CODE PHASE COST | | STOCK NUMBER/DESCRIPTION | PRICE | PER | |
|---|---|---|---|---|---|---|
| AS REQUESTED | | | | | | |
| | | | ITEM 8A  48" INNERSEAL II | | | |
| APPROX QUANT 165 | | | 9A  60" INNERSEAL II | | | |
| 2100 ± | CR | OCCL | 48" × 11¾" (W) INNERSEAL II FOR 48" CIP | 252 | EA | |
| 33 ± | | | 48" × 11¾ (W)   "   " FOR 48" PIPE JTS w/COUPLINGS | 340 | EA | |
| 1100 ± | | | 60" × 11¾ (W)   "   " FOR 60" CIP | 287 | EA | |
| 17 ± | | | 60" × 11¾ (W)   "   "  FOR 60" PIPE JTS w/COUPLINGS | 375 | EA | |
| 24 ± | | | 36" × 11¾"(W)   "   " FOR 36" PIPE JTS w/COUPLINGS | 300 | EA | |
| 12 ± | | | 48" × 35¼"(W)   "   " (4 BANDS) FOR 48" CIP | 1150 | EA | |
| 1 ± | | | 48" × 47"(W)   "   " (6 BANDS) FOR 48" CIP | 1550 | EA | |
| 9 ± | | | 60" × 35¼"(W)   "   " (4 BANDS) FOR 60" CIP | 1450 | EA | |
| 7 ± | ↓ | ↓ | 12 × 16 × 11¾"(W) INNERSEAL II FOR FLANGE FTS | 247 | EA | |
| | | | | | | |
| | | | CONDITIONS: | | | |
| SEE SUBJECT | TO | FINANCE   APPROVAL | | | | |
| DELIVERY | | 48" TO START 4/1/00 (25/DAY)  48" TO START 4/1/11 (5/DAY) | | | | |
| EPOXY | UNITAR | TO BE USED ON APPROX 10% OF JOINTS IF FIELD THAT ITEM | | | | |
| PAYMENT | | IS: NET 60 DAYS ~~_____ _____ _____~~ 2% | | | | |
| | | ~~$~~____ ____ INTEREST Finance charge to apply thereafter | | | | |
| 1 CR | CRUCIAL | WITH PRICE & INFORMATION 12/2/99 (REVISED 3/7/00) EXCEPT FOR ITEM | | | | |

---

**IMPORTANT:**
OUR ORDER NUMBER MUST APPEAR ON
INVOICES, PACKAGES AND CORRESPONDENCE.
ADVISE US IF UNABLE TO DELIVER BY
DATE REQUIRED.

**AN EQUAL OPPORTUNITY EMPLOYER**

BRICO INDUSTRIES INC.

AUTH. SIGN. _____ Pres.

Case 1:04-cv-12138-NG   Document 20-2   Filed 10/19/2006   Page 17 of 22

# SPINELLO COMPANIES

# PURCHASE ORDER
## № M 5150

**BILL TO:**
35 AIRPORT ROAD, P.O. Box 1968
MORRISTOWN, NJ 07962-1968
TEL: (973) 539-6363
FAX: (973) 539-4802

**ORIGINATING AREA:**

| MARYLAND | PITTSBURGH | NEWFOUNDLAND |
|---|---|---|
| TEL: (410) 235-0094 | TEL: (412) 687-5152 | TEL: (973) 697-2050 |
| FAX: (410) 243-6529 | FAX: (412) 687-7593 | FAX: (973) 697-5538 |

PAGE 2 OF ?

TO **BRICO INDUSTRIES INC.**      DATE 3 / 7 /19 0

ADDRESS _____

SHIP TO _____

ADDRESS _____

| JOB NO. | CONTRACT NO. | SALES PERSON | DATE RECEIVED |
|---|---|---|---|
| ES-CL-4259 | MWRA CONT. #C28 | | |

| QUANTITY ORDERED | CODE PHASE COST | | STOCK NUMBER/DESCRIPTION | PRICE | PER | |
|---|---|---|---|---|---|---|
| AS REQUESTED | | | COUPLINGS | | | |
| | | | 3/8" x 12" WIDE | | | |
| APPROX. QUANT. | | | | | | |
| 12± | 09 | 0060 | 60" DEPEND-O-LOK ExE INSULATING | 1320 | EA | |
| | | | TRANSITION COUPLING - EXIST CIP TO NEW DIP | | | |
| 25± | 09 | 0060 | 48" DEPEND-O-LOK ExE INSULATING | 810 | EA | |
| | | | TRANSITION COUPLING - EXIST CIP TO NEW DIP | | | |
| 2± | 09 | 0060 | 36" DEPEND-O-LOK ExE INSULATING | 712 | EA | |
| | | | TRANSITION COUPLING - EXIST CIP TO NEW DIP | | | |

**IMPORTANT:**
OUR ORDER NUMBER MUST APPEAR ON INVOICES, PACKAGES AND CORRESPONDENCE. ADVISE US IF UNABLE TO DELIVER BY DATE REQUIRED.

BRICO INDUSTRIES, INC

AUTH. SIGN. _____, Pres.

*AN EQUAL OPPORTUNITY EMPLOYER*

Exhibit D





P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

**Industries  Inc.**
A Victaulic® Company

# PURCHASE ORDER CONFIRMATION

To:           Spiniello Companies
              35 Airport Road
              PO Box 1968
              Morristown, NJ 07962-1968

Attn.:        Mr. Robert Block

Project:      WASM No. 1 & 2; MWRA Contract #6280

Date:         March 27, 2000

This PO confirmation acknowledges the receipt of Addenda's 1, 2 & 3.  For questions regarding
this proposal please contact either Robert Card at 1-800-841-6624 or Paul Angert at 973-895-
6101.

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
| 8a | 2,000 ea. | 48" x 11-3/4" W. InnerSeal II for 48" Cast Iron Pipe | $252.00 | $504,000.00 |
| 8a | 33 ea. | 48" x 11-3/4" W. InnerSeal II for 48" Pipe Joints with Couplings | $340.00 | $ 11,220.00 |
| 9a | 1,060 ea. | 60" x 11-3/4" W. InnerSeal II for 60" Cast Iron Pipe | $287.00 | $304,220.00 |
| 9a | 16 ea. | 60" x 11-3/4" W. InnerSeal II for 60" Pipe Joints with Couplings | $375.00 | $ 6,000.00 |
| 9a | 2 ea. | 36" x 11-3/4" W. InnerSeal II for 36" Pipe Joints with Couplings | $300.00 | $ 600.00 |

**SEE NEXT PAGE FOR WIDE INNERSEALS**

Manufacturer of **DEPEND·O·LOK** Pipe Couplings.

WASM 1 & 2                                              Page Two
MWRA Contract #6280
March 27, 2000

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
| -- | 12 ea. | 48" x 35-1/4" W. InnerSeal II (4 bands) for 48" Cast Iron Pipe Abandoned Blowoffs, Manholes & Branches (details C, D-4 & H, D-6 & C, D-9 & D, D-9) | $1,150.00 | $ 13,800.00 |
| -- | 1 ea. | 48" x 47" W. InnerSeal II (6 bands) for 48" Cast Iron Pipe Abandoned 36" Branch (detail D, D-9) | $1,550.00 | $  1,550.00 |
| -- | 9 ea. | 60" x 35-1/4" W. InnerSeal II (4 bands) for 60" Cast Iron Pipe Abandoned Blowoffs & Manholes (details H, D-6 & C, D-9) | $1,450.00 | $ 13,050.00 |
| -- | 7 ea. | 12" or 16" x 11-3/4" W. InnerSeal II for 12" Blowoffs (details B, D-3 & D, D-4) | $245.00 | $  1,715.00 |

**INNERSEAL II TOTAL =          $856,155.00**

**SEE NEXT PAGE FOR COUPLINGS**

WASM 1 & 2                                                    Page Three
MWRA Contract #6280
March 27, 2000

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
| -- | 12 ea. | 60" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | $1,320.00 | $15,840.00 |
| -- | 25 ea. | 48" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | $810.00 | $20,250.00 |
| -- | 2 ea. | 36" Depend-O-Lok ExE Insulating Transition Couplings for Connection from Existing Cast Iron to New Ductile Iron Pipe (3/8" x 12" wide) | $ 712.00 | $ 1,424.00 |

**COUPLING TOTAL =**        **$37,514.00**

**SEE NEXT PAGE FOR NOTES**

WASM 1 & 2                                                              Page Four
MWRA Contract #6280
March 27, 2000

General Notes:

1.  Contractor to field verify all existing inside and outside diameters prior to manufacture.

2.  InnerSeal II Materials: NSF 61 certified Buna-N sleeve - 11-3/4" wide.  Type 304 stainless
    steel one piece bands - 12 ga. thickness by 2-1/2" width, two bands per standard width
    (11-3/4") sleeve.

3.  InnerSeal II pricing is for materials only.  Chipping of CML, grouting as required, seal
    installation and testing are not included and are the responsibility of the contractor.

4.  All buried couplings will be provided with fusion bonded epoxy per AWWA C-213.

5.  Brico Industries, Inc. will provide training and initial field supervision in accordance with
    section 3.04 A of Specification Section 02776.  Periodic site visits by manufacturer or
    manufacturer's representative will be made over the duration of the project.

6.  Delivery schedule will be negotiated based on Contractor's proposed construction schedule at
    time of order placement.

7.  Two (2) Hydraulic Spreader Tools for InnerSeal II installation are included.  Additional
    Hydraulic Spreader Tools may be purchased for $1100.00 each.

8.  Hydraulic Closure Tool for coupling installation is $1100.00.  Credit issued for return of tool in
    good condition.  Amount of credit is determined by return date of tool.

9.  Price is F.O.B. Atlanta, Georgia Full Freight Allowed.  Contractor to unload.

10. Payment terms are NET 30 days from date of invoice.  No retainage allowed.


Sincerely,

Robert J. Card

Robert J. Card, P.E.
Vice President Engineering


CC: Mr. Bill Haines, Haines Enterprises
     Mr. Paul Angert, Products 2000


file: confirmingposp6280.doc