Exhibit R

# BRICO
### Industries Inc.
A Victaulic® Company

P.O. Box 48776 Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

October 17, 2000

FILED
10/18/00
@ 12:20 Pm EDT

Mr. Todd Galletti
Spiniello Companies
99 Washington Street
Melrose, MA  02176

Your Purchase Order No.51566
and Your Telefax of October 16, 2000

Dear Mr. Galletti:

Your October 16 telefax to Tom Stevens has been referred to me for review and response.

We appreciate your request for release of 18 additional 48" Cast Iron to Steel Insulating couplings and one 48" Ductile Iron to Cast Iron Insulating coupling. We will make the corrections to the Submittal Drawing as requested by Montgomery Watson and send the revised drawing to you. We are prepared to make this shipment subject to receipt of an acceptable response concerning the status of our unpaid invoices.

To date, we have made five shipments of Depend-O-Lok couplings on the above referenced purchase order. Our invoices for these shipments in the amount of approximately $33,555 remain unpaid.

Before we ship the additional 19 couplings covered in your October 16 Release, we require payment for the five prior shipments. We will also need your written reasonable assurances that Spiniello will pay us for these nineteen additional couplings within 45 days.

We are concerned that this delay in payment may be the result of our dispute with Spiniello concerning the Inner Seal couplings (re: Spiniello's P.O. #M 51566). When the decision was made to substitute Miller products for the Brico Inner Seal products, Spiniello specifically requested and we agreed to continue supplying Depend-O-Lok couplings. However, we did not agree to ship these products and not receive payment.

In any event, we look forward to your payment for the five shipments already made, as well as your reasonable assurances that Spiniello will pay Brico for the products described in your Oct. 16 Release within 45 days of shipment.

Very truly yours,

*[signature]*

Joseph A. Mattes
CFO, Brico Industries

JAM:jm
cc:        J. Collazo, Vice President, Spiniello Companies
           D. Y. Bridges, President, Brico Industries
           R. Card, Vice President, Brico Industries
           B. Bissey Esq., VCOA
           R. Freidl, Vice President, VCOA
           L. Thau, Vice President, VCOA

**DEPEND·O·LOK**

*Please list the invoices (for DOI*
*Couplings (not Amended) we have issued to Spiniello*
*on this job.*

*Have any of them been paid?*

# SPINIELLO COMPANIES

99 Washington Street
Melrose, MA 02176
(781) 662-6551
FAX (781) 662-5269

**Please Deliver To:**

**Individual:**          Tom Stevens

**Firm/Co. Name:**        Brico Industries

**Fax Number:**          800-218-0775

**From:**               Todd Galletti

Total number of pages: ___3___ including this transmittal sheet

Transmitted By:

Date: ___10/16/00___          Time: ___4:00 pm___

**Note: If you do not receive all of the pages or if there is a problem with the transmission, please call 973-812-0333 immediately. Thank You.**

RE:    MWRA 6317
       E/W Spot Pond Supply Mains
       Contract No. 1
       Section 7 & 12

Tom -

This letter is to serve as notification to release the following in accordance with the contract specifications and the shop drawing submittal attached marked "Make Corrections Noted":

       - eighteen (18) 48" Cast Iron to Steel Insulating Couplings
       - one (1) 48" Ductile Iron to Cast Iron Insulating Coupling

       Pipe OD's:    Steel - 50" / Cast Iron - 50.55" / Ductile Iron - 50.8"

Please call me to verify reciept of this fax and release.

Thank you,

Todd Galletti

1

Case 1:04-... Document 25-5    Filed 10/10/2006    Page 4 of 39

 **MONTGOMERY WATSON**



FILE NO.
6317.503 w/o ATTACH
6317.402.040

| | | | |
|---|---|---|---|
| **To:** | Spiniello Companies | **Date:** | October 16, 2000 |
| | Attn.: Todd Galletti, | | |
| | Project Engineer | **Spec. Sec.:** | 13110 |
| **From:** | James Anderson, PBCS | | |
| **Project:** | E/W Spot Pond Supply Mains | **Code: 2 – Make Correction Noted** | |
| | Contract No. 1 – Sections 7 & 12 | | |

**Submittal No.:** 32

**Description:** Flexible Insulating Couplings

We received Submittal #32 on October 10, 2000. Our review is complete and we have the following comments:

1. **Code 2: Make Corrections Noted** – See the dimensional notations made on cut sheet drawing D-O-L EXE TYPE 1 INSULATING COUPLINGS.

If Spiniello Companies has any questions regarding the above please call Jim Anderson or Steve Garant at Parsons Brinckerhoff Construction Services at (617) 960-4911, or (781) 662-6488, respectively.

2

**DESIGN CRITERIA**

| TYPE OF PIPE | CAST IRON | STEEL | CAST IRON | STEEL | CAST IRON | STEEL |
|---|---|---|---|---|---|---|
| PIPE O.D. | 60 (1) | 60 (1) | 14" (1) | 14" (1) | 36 (1) | 36 |
| DEPEND-O-LOK THICKNESS (I) | 3/8 | | 3/8 | | 3/8 | |
| DEPEND-O-LOK WIDTH (W) | 12 | | 12 | | 12 | |
| INSULATING SLEEVE THICKNESS | 1/4 | | 1/4 | | 1/4 | |
| INSULATING SLEEVE WIDTH | 7 & 8" | | 7 & 8" | | 7 & 8" | |
| RECOMMENDED GAP (G) | 1" | | 1" | | 1" | |
| WORKING PRESSURE | 200 PSI | | 200 PSI | | 200 PSI | |
| NUMBER OF SEGMENTS | 1 | | 1 | | 1 | |
| NUMBER OF BOLTS | 4 | | 4 | | 4 | |

**MATERIALS**

| D-O-L BODY & O.L. PLTS | A-36 Q.S. |
|---|---|
| SEALING PLATE | T-316 S S. |
| SURFACE PREPARATION | SSPC-5 (WHITE METAL BLAST) |
| I.D. & O.D. COATING (2) | PROTICHOTE 2000 (XL FUSION BONDED EPOXY) |
| SEALING PAD | SILICONE |
| INSULATING SLEEVE | BUNA-X |
| D-O-L O-RINGS | BUNA-N |
| D-O-L BOLTS | A-325 HDG |

**NOTES:**
(1) CUSTOMER TO CONFIRM ACTUAL O.D. OF PIPE PRIOR TO FABRICATION.
(2) FUSION BONDED EPOXY APPLIED IN ACCORDANCE WITH AWWA C-213, 12 MILS DFT.

(Min) S = 1 MINIMUM DIMENSION 5 THRU 86
PIPE WALL THICKNESS MINUS ONE
TENTH (1/10) of AN INCH.

**D-O-L EXE TYPE 1 INSULATING COUPLINGS**

| Manufacturer of DEPEND-O-LOK® Pipe Couplings | BRICO Industries Inc. A Victaulic Company | P.O. Box 48776 Atlanta, GA 30362 (770)840-0862 | WASM 1 & 2 MWRA Contract #8280 | Spinello Companies Boston, MA | CDS Engineers | | |
|---|---|---|---|---|---|---|---|
| | | | **PROJECT** | **CONTRACTOR** | **ENGINEER** | | |
| | | | DRAWN | C.B. | REP B.C. | APPRV | |
| | | | DATE 05/01/00 | SCALE N.T.S. | DRAWING 1 of 1 | | |

| NO. | DATE | REVISION | APPRV |
|---|---|---|---|
| 1 | 5/23/00 | Change made per contractor's req. | |

MWHA000501-01.CDR

Insulating sleeve (wraps around pipe end to prevent contact)

Detail of insulating coupling - refer to cross section below.

DEPEND-O-LOK coupling in 'type position, showing the belleted sealing plate over the 'O' rings.

Section A - A

Exhibit S



**BRICO**
Industries Inc.
A Victaulic® Company

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

# Fax Cover Page

**Date:** 10/25/00

**REFERENCE:** Transition Band Support

**To:** John Walsh      FAXED

**Fax #:** 617-559-0362

**From:** Bob Card

**Copies:** Bill Haines      FAXED

This page + 9 pg(s).

**Comments:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Visit our World Wide Web site:
http://www.brico-dol.com



**BRICO**
Industries Inc.
A Victaulic® Company

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

October 25, 2000

Spiniello Companies Boston
110 Madison Avenue Suite 5
Newtonville, MA 02460

Attn.: Mr. John Walsh

Re: Brico Industries, Inc. Depend-O-Lok (D-O-L) Couplings
    WASM 1 & 2, MWRA Contract #6280

Dear John,

The purpose of this letter is to address the issue of transition couplings, most particularly, the thick rubber transition band underneath the Brico E x E insulating coupling.

Specification section 02616 – 2.01B. specifies the type of couplings to be utilized on this project. Brico is a named supplier in sub-section 1. and 2. and is considered an "Approved Equal" for sub-section 3. I have taken the liberty of copying the catalog sections from Dresser and Smith-Blair for the styles that were specified along with two pages from AWWA C219, the standard for bolted sleeve type couplings. Notice that neither manufacturer offers transition couplings in the diameter range of this project (max. for Dresser is 12", for Smith-Blair is 24"). Moreover, both manufacturers would consider this diameter size and diameter difference a "Reducing Coupling". Looking at the cross sections of the transition or reducing couplings raises an interesting question. What prevents the coupling from moving off the pipe joint due to the pressure on the different sizes? Notice the note under the picture on page 16 of the Smith-Blair catalog.

The difference in diameters for the 60" pipe that Brico supplied the couplings for results in a force of 16,045 pounds pushing on the rubber transition sleeve. This amounts to 83 pounds per circular inch (see the attached calculation). This assumes either there is no internal joint seal or that the internal joint seal has failed, allowing the pressure to act on the rubber transition sleeve. There is a very good chance that the rubber sleeve will not move from under the coupling due to the clamping action of the coupling that results from a good tight installation but we are unable to guarantee field work.

Manufacturer of **DEPEND-O-LOK** Pipe Couplings.

Page 2

If the Engineer determines that the rubber must be supported, Brico is willing to supply Spiniello with ¾ inch diameter round bar that Spiniello could tack weld to the DIP surface to support the 1" thick rubber transition band. Of course there are many other methods of support that the Engineer may wish to pursue if they so desire.

Please feel free to contact me if you have any questions.

Sincerely,

*Bob Card*

Bob Card, P.E.
Vice President Engineering


CC: Mr. Bill Haines, Haines Enterprises

file: rjc1025b.doc

# Style 62
# Dresser Steel Reducing Couplings



**Style 62, Type 1**

Dresser Style 62 Reducing Couplings are ideal for use (1) when making actual reductions in pipe size; (2) when changing the class of pipe; (3) when joining steel and cast iron pipe. They can be furnished for connections between any two kinds or sizes of pipe.

These couplings form typical Dresser Joints. Metal parts are steel. Gaskets are specially compounded to Dresser specifications. Installation is simple and the resulting seal is flexible and bottle-tight.

Type 1, Reducing couplings are for reductions where the differences in pipe diameters is small, as from standard cast-iron pipe to steel of the same nominal size. Standard Style 38 parts are used, except that the middle ring is swaged on one end.

Type 2, Reducing couplings are for larger and special reductions outside the range of Type 1. They are made from Style 38 parts, with anchor rings welded to the middle ring. Two sets of bolts are furnished.



**Style 62, Type 2**



## Style 62 Reducing Couplings, Type 1, for Steel and Cast-Iron Pipe – Sizes, Specifications

| PIPE | | | MIDDLE RING [1] | BOLTS [2] | OVERALL DIMENSIONS | | WEIGHT Approx. Ship |
|---|---|---|---|---|---|---|---|
| Nominal Size | Outside Diameter Cast-Iron (OD) | Outside Diameter Steel (OD) | Thickness & Length | Number Diameter and Length | Diam. H | Length L | Each (Lbs.) |
| 3 | 3.74–4.02 | 3.500 | .203 x 5 | 4–5/8 x 8-1/4 | 7-3/4 | 7 | 16 |
| 4 | 4.74–5.06 | 4.000 | 1/4 x 7 | 4–5/8 x 10-3/4 | 9 | 9 | 23 |
| 4 | 4.74–5.06 | 4.500 | 1/4 x 7 | 4–5/8 x 10-3/4 | 9 | 9 | 25 |
| 6 | 6.84–7.16 | 6.000 | 1/4 x 7 | 6–5/8 x 10-3/4 | 11-3/4 | 9-1/8 | 27 |
| 6 | 6.84–7.16 | 6.625 | 1/4 x 7 | 6–5/8 x 10-3/4 | 11-3/4 | 9-1/8 | 27 |
| 8 | 8.99–9.36 | 8.000 | 1/4 x 7 | 6–5/8 x 10-3/4 | 13-1/4 | 9-1/8 | 34 |
| 8 | 899.–9.36 | 8.625 | 1/4 x 7 | 6–5/8 x 10-3/4 | 13-1/4 | 9-1/8 | 36 |
| 10 | 11.04–11.46 | 10.750 | 3/8 x 7 | 8–5/8 x 10-3/4 | 15-9/16 | 9-3/8 | 58 |
| 12 | 13.14–13.56 | 12.750 | 3/8 x 7 | 8–5/8 x 10-3/4 | 17-3/4 | 9-5/8 | 83 |
| 14 | 15.300 | 14.000 | 3/8 x 7 | 8–5/8 x 10-3/4 | 19-5/16 | 9-1/8 | 85 |
| 16 | 17.400 | 16.000 | 3/3 x 7 | 10–5/8 x 10-3/4 | 21-3/8 | 9-1/8 | 89 |
| 16 | 17.800 | 16.000 | 3/8 x 7 | 10–5/8 x 10-3/4 | 22-13/16 | 9-5/8 | 103 |
| 18 | 19.500 | 18.000 | 3/8 x 7 | 10–5/8 x 10-3/4 | 23-1/2 | 9-1/8 | 117 |
| 20 | 21.600 | 20.000 | 3/8 x 7 | 12–5/8 x 10-3/4 | 25-5/8 | 9-1/8 | 131 |
| 20 | 22.060 | 20.000 | 3/8 x 7 | 12–5/8 x 10-3/4 | 27-1/16 | 9-5/8 | 127 |
| 24 | 25.800 | 24.000 | 3/8 x 7 | 14–5/8 x 10-3/4 | 29-13/16 | 9-3/8 | 162 |
| 24 | 26.320 | 24.000 | 1/2 x 10 | 14–5/8 x 15 | 31-5/16 | 12-1/2 | 224 |

[1] MIDDLE RINGS are shopcoated as standard. Couplings may be furnished with Dresser AL-CLAD factory coating.
[2] BOLTS furnished as standard are shopcoated steel. Plated or coated bolts can be supplied if specified.

*Note: Details for Types 2, 3 and 4 on request.*

**NOTE: Where pipe movement out of the coupling might occur, proper anchorage of the pipe must be provided.**

8

## Style 162
# Dresser Transition Couplings
## For Joining Pipe of Different Diameters

The Dresser Style 162 permits you to connect two different kinds or sizes of pipe. You simply select the correct coupling for the pipe diameters being connected — This assures you of a perfect fit . . . a bottle-tight joint. The drawing shows how gaskets of different cross-sections adjust the coupling to your requirement.

Further adjustability is accomplished with reducing middle-ring couplings. Dresser Transition Couplings are furnished completely assembled in convenient cartons.

**Adjustability by interchangeable, different size gaskets.**

Smaller gasket to accommodate larger bore / Larger gasket to build out diameter of smaller bore

More adjustability by reducing middle ring

| NOMINAL SIZE | OUTSIDE DIAMETER RANGE | MIDDLE RING LENGTH | WEIGHT Approx. Ship. Each (Lbs.) |
|---|---|---|---|
| 4" | 4.74-5.06 x 4.46-4.54 | 5" | 16.4 |
|  | 5.06-5.42 x 4.46-4.54 | 5" | 16.2 |
| 6" | 6.84-7.16 x 6.84-7.16 | 5" | 21.2 |
|  | 7.15-7.45 x 7.15-7.45 | 5" | 20.9 |
|  | 7.15-7.45 x 6.84-7.16 | 5" | 21.0 |
|  | 6.84-7.16 x 6.61-6.69 | 5" | 21.0 |
|  | 7.15-7.45 x 6.61-6.69 | 5" | 21.0 |
| 8" | 8.99-9.22 x 8.99-9.22 | 5" | 29.0 |
|  | 9.24-9.52 x 9.24-9.52 | 5" | 29.0 |
|  | 9.45-9.70 x 9.45-9.70 | 5" | 29.0 |
|  | 9.24-9.52 x 8.99-9.22 | 5" | 29.0 |
|  | 9.45-9.70 x 8.99-9.22 | 5" | 29.0 |
|  | 9.45-9.70 x 9.24-9.52 | 5" | 29.0 |
|  | 8.99-9.22 x 8.61-8.69 | 5" | 29.5 |
|  | 9.24-9.52 x 8.61-8.69 | 5" | 29.5 |
|  | 9.45-9.70 x 8.61-8.69 | 5" | 29.5 |
| 10" | 11.34-11.73 x 11.04-11.46 | 5" | 32.0 |
|  | 11.34-11.73 x 11.34-11.73 | 5" | 32.0 |
|  | 11.87-12.24 x 11.04-11.46 | 7" | 49.4 |
|  | 11.87-12.24 x 10.73-10.81 | 7" | 49.4 |
| 12" | 14.13-14.51 x 12.72-12.84 | 7" | 58.2 |
|  | 14.13-14.51 x 13.14-13.56 | 7" | 58.2 |

Followers are Ductile Iron.
Middle Rings are Carbon Steel.
Bolts and Nuts are Dresserloy.

## Style 39
# Dresser Insulating Couplings

Dresser Insulating Couplings are widely used not only on gas, oil and water lines, but for tank hook-ups, on intake and discharge lines and at pumping stations which are electrically isolated. Their use is also prevalent at river crossings, on bridge lines and between dissimilar metals, for example: when joining steel pipe and copper tubing. Dresser Insulating Couplings are effective for insulating hot water heaters as well as other installations.



**Style 39 - Used with electrolytic protection of pipe**

The Style 39 follows the same basic design as the Style 38 Regular Coupling but has insulating properties. Style 39 Insulating Couplings are available in standard sizes, 1/2" to 20" OD. Larger sizes available. Full information on request.

Style 39-62 Insulating-Reducing Couplings also available.

**NOTE:** Where pipe movement out of the coupling might occur, proper anchorage of the pipe must be provided.

FORM 877-C REV. 288





# 413 steel couplings transition

To connect pipes of different outside diameters when the maximum O.D. variation does not exceed the listed coupling O.D. range.



**HOW TO ORDER:**

The outside diameters of both pipes to be coupled must be a listed "Maximum Coupling Transition Range." If both pipe O.D.'s are not within a listed transition range, please consult listings for 415 couplings.

The description necessary to order a 413 Transition Coupling consists of the number 413, followed by the EXACT outside diameters of the two pipes to be connected, and a description of the type of gaskets, bolts and finish desired. (Grade 30 gaskets, alloy bolts, and blue shopcoat enamel are considered standard.)

EXAMPLE: You want to couple a 6" Cast Iron pipe, 6.90" O.D. to a 6" Steel pipe, 6.63" O.D. The coupling is to have Grade 30 gaskets, alloy bolts, and blue shopcoat finish. The ordering description would be:
413-6.90"—6.63"—Grade 30 gaskets, alloy bolts and blue shopcoat finish.

**REMEMBER TO ORDER BY STATING THE EXACT PIPE O.D.'S. DO NOT STATE THE LISTED TRANSITION RANGE.**
**MATERIAL SPECIFICATIONS:**
See 415 page 16



## 413 steel transition couplings - straight sleeve

| NOMINAL PIPE SIZE INCHES | *MAXIMUM COUPLING TRANSITION RANGE INCHES | DIMENSIONS | | BOLTS | | | APPROX. SHIP WT. LBS. |
|---|---|---|---|---|---|---|---|
| | | SLEEVE LENGTH (B) IN. | SLEEVE THICK. INCHES | NO. | DIA. IN. | LGTH. IN. (L) | |
| 2 | 2.07-2.81 | 5 | .216 | 2 | 5/8 | 8 | 8 |
| 2-3 | 2.69-3.68 | 5 | .227 | 2 | 5/8 | 8 | 9½ |
| 3-4 | 3.44-4.88 | 5 | .258 | 3 | 5/8 | 8 | 13 |
| 4-5 | 4.74-5.84 | 5 | .280 | 4 | 5/8 | 8 | 20½ |
| 5-6 | 5.47-6.99 | 5 | .301 | 5 | 5/8 | 8 | 23½ |
| 6 | 6.57-7.26 | 5 | .322 | 5 | 5/8 | 8 | 27¾ |
| 8 | 7.94-8.75 | 5 | .342 | 6 | 5/8 | 8 | 33½ |
| 8 | 7.94-9.25 | 5 | 3/8 | 6 | 5/8 | 8 | 40½ |
| 8 | 8.56-9.45 | 5 | 3/8 | 6 | 5/8 | 8 | 40½ |
| 8-10 | 9.00-10.38 | 5 | 3/8 | 7 | 5/8 | 8 | 41 |
| 10 | 9.88-10.84 | 5 | ¼ | 8 | 5/8 | 8 | 32¾ |
| 10 | 10.63-11.50 | 5 | 3/8 | 7 | 5/8 | 8 | 46 |
| 10-12 | 11.00-12.06 | 5 | 3/8 | 7 | 5/8 | 8 | 47½ |
| 12 | 11.88-13.10 | 5 | 3/8 | 8 | 5/8 | 8 | 52¼ |
| 12 | 12.63-13.70 | 5 | 3/8 | 8 | 5/8 | 8 | 56½ |
| 12-14 | 13.88-14.50 | 5 | 3/8 | .6 | 5/8 | 8 | 62 |
| 14 | 15.30-15.65 | 7 | 3/8 | 8 | 5/8 | 11 | 86 |
| 16 | 17.40-17.80 | 7 | 3/8 | 8 | 5/8 | 11 | 96 |
| 18 | 19.50-19.92 | 7 | 3/8 | 10 | 5/8 | 11 | 108 |
| 20 | 21.60-22.06 | 7 | 3/8 | 10 | 5/8 | 11 | 118 |
| 24 | 25.80-26.32 | 7 | 3/8 | 12 | 5/8 | 11 | 140 |

## 413 steel transition couplings - expanded sleeve

| NOMINAL PIPE SIZE INCHES | *MAXIMUM COUPLING TRANSITION RANGE INCHES | DIMENSIONS | | BOLTS | | | APPROX. SHIP WT. LBS. |
|---|---|---|---|---|---|---|---|
| | | SLEEVE LENGTH (B) IN. | SLEEVE THICK. INCHES | NO. | DIA. IN. | LGTH. IN. (L) | |
| 12 | 12.63-13.89 | 10 | 3/8 | 8 | 5/8 | 14 | 70.5 |
| 12-14 | 13.88-15.26 | 10 | 3/8 | 8 | 5/8 | 14 | 76.0 |
| 14-16 | 15.26-16.78 | 10 | 3/8 | 8 | 5/8 | 14 | 102.0 |
| 16-18 | 17.30-19.04 | 10 | 3/8 | 8 | 5/8 | 14 | 114.0 |
| 18-20 | 19.40-21.34 | 10 | 3/8 | 10 | 5/8 | 14 | 128.0 |
| 20 | 21.50-23.50 | 10 | 3/8 | 10 | 5/8 | 14 | 140.0 |
| 24 | 24.00-26.00 | 10 | 3/8 | 12 | 5/8 | 14 | 161.0 |
| 24 | 25.80-27.80 | 10 | 3/8 | 12 | 5/8 | 14 | 166.0 |



# Smith-Blair
## Clamp and Coupling products



# 415 steel couplings reducing

**For connecting pipes with a large difference in outside diameters**

Where the variation in O.D.'s is 1¼ inches or less, the Reducing Coupling length is approximately 11 inches. Where the variation in O.D.'s exceeds 1¼ inches, the coupling over-all length is approximately 15 inches.



**HOW TO ORDER:**

Refer to the Large Pipe and Small Pipe O.D. Range columns to insure that the two pipe O.D.'s you want to couple are listed.

The description necessary to order a 415 Reducing Coupling consists of the number 415, followed by the EXACT outside diameter of the two pipes to be connected, and a description of the type of gaskets, bolts and finish desired. (Grade 30 gaskets, alloy bolts and blue shopcoat enamel are considered standard.)

EXAMPLE: Coupling an 18" Steel pipe 18.00" O.D. to a 14" Cast Iron pipe, 15.30" O.D. The coupling is to have Grade 30 gasket, alloy bolts, and blue shopcoat finish. The ordering description would be: 415-18.00"—15.30"—Grade 30 gaskets, alloy bolts and blue shopcoat finish.

**REMEMBER TO ORDER BY STATING THE EXACT PIPE O.D.'S. DO NOT STATE THE LISTED O.D. RANGES.**

NOTE: Total shipping weight can be calculated by adding the weights of both ends.

**MATERIAL SPECIFICATIONS:**

**SLEEVE:** ASTM A-53, ASTM A-512 or carbon steel having a minimum yield of 30,000 psi.
**FOLLOWERS:** Ductile iron ASTM A536 or AISI C1020 steel.
**GASKETS:** GRADE 30—standard—specially compounded rubber of all new materials with ingredients to produce superior storage characteristics, permanence and resistance to set after installation. Recommended for water, salt solutions, mild acids and bases. Temperature range −40°F to +150°F. Optional—Grade 80—compounded to resist—oil, acids, alkalies most (aliphatic) hydrocarbon fluids, water and many chemicals (contact Smith-Blair engineers for applications involving chemicals). Temperatures up to 212°F.
**BOLTS & NUTS:** High strength low alloy steel with heavy, semi-finished hexagon nuts to ASTM A325-80 and A563-80 respectively.
**FINISH:** Blue shopcoat enamel.

Material specifications are subject to change.

## 415 steel reducing couplings

| LARGE PIPE END | | | | | SMALL PIPE END | | | |
|---|---|---|---|---|---|---|---|---|
| Nominal Pipe Size Inches | Pipe O.D. Range Inches | Sleeve Thickness A Inches | *Approx. Shipping Weight Lbs. | | Nominal Pipe Size Inches | Pipe O.D. Range Inches | Sleeve Thickness B Inches | *Approx. Shipping Weight Lbs. |
| 6 | 5.00- 7.49 | .322 | 32 | | 4 | 3.50- 4.49 | .258 | 13 |
| 8 | 7.50- 8.49 | .342 | 35 | | 5 | 4.50- 5.49 | .280 | 16 |
| 9 | 8.50- 9.49 | ¼ | 38 | | 6 | 5.50- 6.49 | .301 | 20 |
| 10 | 9.50-10.49 | ¼ | 44 | | 7 | 6.50- 7.49 | .322 | 20 |
| 11 | 10.50-11.49 | ¼ | 47 | | 8 | 7.50- 8.49 | ¼ | 21 |
| 12 | 11.50-12.49 | ¼ | 56 | | 9 | 8.50- 9.49 | ¼ | 23 |
| 13 | 12.50-13.49 | ¼ | 60 | | 10 | 9.50-10.49 | ¼ | 24 |
| 14 | 13.50-14.49 | ¼ | 71 | | 11 | 10.50-11.49 | ¼ | 25 |
| 15 | 14.50-15.49 | ¼ | 79 | | 12 | 11.50-12.49 | ¼ | 27 |
| 16 | 15.50-16.49 | ¼ | 85 | | 13 | 12.50-13.99 | ¼ | 32 |
| 17 | 16.50-17.49 | ¼ | 91 | | 14 | 13.00-14.99 | ¼ | 31 |
| 18 | 17.50-18.49 | ¼ | 97 | | 16 | 15.00-16.99 | ¼ | 34 |
| 19 | 18.50-19.49 | ¼ | 105 | | 18 | 17.00-18.99 | ¼ | 33 |
| 20 | 19.50-20.99 | ¼ | 114 | | 20 | 19.00-20.99 | ¼ | 33 |
| 22 | 21.00-22.99 | ¼ | 129 | | 22 | 21.00-22.99 | ¼ | 33 |
| 24 | 23.00-24.99 | ¼ | 142 | | 24 | 23.00-24.99 | ¼ | 31 |
| 26 | 25.00-26.99 | ¼ | 156 | | 26 | 25.00-26.99 | ¼ | 29 |
| 28 | 27.00-28.99 | ¼ | 175 | | 28 | 27.00-28.99 | ¼ | 27 |
| 30 | 29.00-30.99 | ¼ | 189 | | 30 | 29.00-30.99 | ¼ | 23 |
| 32 | 31.00-32.99 | ¼ | 207 | | 32 | 31.00-32.99 | ¼ | 19 |
| 34 | 33.00-34.99 | ¼ | 225 | | 34 | 33.00-34.99 | ¼ | 14 |
| 36 | 35.00-36.99 | ¼ | 258 | | 36 | 35.00-36.99 | ¼ | 23 |
| 38 | 37.00-38.99 | ¼ | 279 | | 38 | 37.00-38.99 | ¼ | 17 |
| 40 | 39.00-40.99 | ⅜ | 298 | | 40 | 39.00-40.99 | ⅜ | 11 |
| 42 | 41.00-42.99 | ⅜ | 336 | | 42 | 41.00-42.99 | ⅜ | 3 |
| 44 | 43.00-44.99 | ⅜ | 359 | | 44 | 43.00-44.99 | ⅜ | 3 |
| 46 | 45.00-46.99 | ⅜ | 384 | | 46 | 45.00-46.99 | ⅜ | 13 |
| 48 | 47.00-48.99 | ⅜ | 407 | | | | | |

Larger Sizes available upon request.

Specify if pipe stops are required. Larger sizes available upon request.

**\* Add together for total weight.**

Check 413 ranges first if O.D. difference is 2" or less.



**Reducing couplings must be restrained to prevent the line pressure from causing the coupling to move off the joint.**

16

5. *Coupling:* An assembly consisting of a center sleeve, gaskets, and end rings connected with bolts and nuts or other type of threaded fasteners. Tightening the fasteners transfers the load through the end rings and compresses the gaskets into the space between the inside of the center sleeve and the outside surface of the pipe ends.

6. *Design pressure:* See rated working pressure.

7. *End ring (follower ring):* A ring that provides a means of compressing the coupling gasket(s).

8. *Flanged coupling adapter:* A coupling used to connect plain-end pipe to a flange. It consists of a flange, center sleeve, gasket, and an end ring connected with bolts and nuts or other threaded fasteners.

9. *Gasket:* An elastomeric ring that provides the pressure seal of the coupling.

10. *Manufacturer:* The party that manufactures, fabricates, or produces the materials or products.

11. *Nominal pipe size:* The commercial designation or dimension by which the pipe is identified. The designation may not be the same as the actual inside diameter.

12. *Purchaser:* The person, company, or organization that purchases any materials or work to be performed.

13. *Rated working pressure:* The maximum internal hydrostatic pressure to which the coupling is to be subjected under normal operating conditions. In addition, transient pressures should be considered in design by the purchaser.

14. *Reducing coupling:* A coupling that uses end rings of different sizes and a center sleeve with ends of proper inside diameter to join pipes of different outside diameters. The center sleeve may be a single piece or several pieces sized to accommodate the different pipe diameters.

15. *Transient pressure:* Surge or other pressures that exceed normal operating conditions and are of short duration.

16. *Transition coupling:* A coupling used to join pipe of the same nominal size, but of differing outside diameters. Differences in pipe outside diameters are accommodated by specially sized gaskets and, when necessary, specially sized end rings.

17. *Insulating coupling:* A coupling used to break electrical continuity between two pipes. This is normally done by means of special insulating gaskets.

# SECTION 4:    REQUIREMENTS

## Sec. 4.1  Permeation

The selection of materials is critical for water service and distribution piping in locations where there is likelihood the pipe will be exposed to significant concentrations of pollutants comprised of low molecular weight petroleum products or organic solvents or their vapors. Research has documented that pipe materials such as polyethylene, polybutylene, polyvinyl chloride, and asbestos cement, and elastomers, such as used in jointing gaskets and packing glands, may be subject to permeation by lower molecular weight organic solvents or petroleum products. If a water pipe must pass through such a contaminated area or an area subject to contamination, consult with the manufacturer regarding permeation of pipe walls, jointing materials, and so forth, *before* selecting materials for use in that area.



**BRICO** Industries Inc.

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

Re: Pressure Force                          Date: 10/25/00   By: RC

Given: Internal Pressure, $P_i$ = 65 PSI



0.125" thk.    0.375" x 0.75" Lip    0.375" x 2" Lip    0.25" thk.    1" thk.

64"    63.75"    64.11"    61.61"

Force on O.D. = 64.11"

$$F_1 = 65 \left(\frac{\pi}{4}\right)(64.11)^2 = 209,824 \text{ lbs.}$$

Force on O.D. = 61.61"

$$F_2 = 65 \left(\frac{\pi}{4}\right)(61.61)^2 = 193,779 \text{ lbs.}$$

Force on Transition Band, $F_1 - F_2$ = 209,824 − 193,779 = 16,045 lbs

Force per Circular inch = $\frac{16,045}{61.61\,\pi}$ = 83 lbs/cir. in.

Manufacturer of **DEPEND-O-LOK** Pipe Couplings.

4   AWWA C219-97



Figure 2   Typical coupling configurations

Exhibit T

# BRICO
## Industries Inc.

P.O. Box 48776, Atlanta, GA 30362
Phone (770) 840-0662 • Fax (770) 840-8312

# INVOICE

| | |
|---|---|
| INVOICE NO.: | 7510-2 |
| INVOICE DATE: | 07/20/2000 |
| | -0-% net 30 Days |
| PURCHASE ORDER: | 51566 |

| SOLD TO | SHIP TO |
|---|---|
| SPINIELLO COMPANIES<br>PO BOX 1968<br>MORRISTOWN, NJ    07962-1968 | SPINIELLO - BOSTON<br>COMMONWEALTH AVE & ROBINHOOD<br>AUBURNDALE, MA    02466 |

ES CL 4259    09-0060    Mat 5100

--------------------------------------------------------------------

BRICO Industries does not collect sales tax & has not included tax herein.

| ITEM | SHIPPED | BACK ORDERED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | ********* Shipped On: 07/20/2000 ******** | | |
| 3 | 74 | 0 | 60" INNER-SEAL II, T-304L<br>12ga. x 2.5"W, w/T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE | 287.00 | 21,238.00 |
| 1 | 5 | 0 | 60" INNER-SEAL II, T-304L<br>12ga. x 2.5"W, w/T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>0.25" THK. BUNA-N TRANS. BAND | 375.00 | 1,875.00 |
| 5 | 370 | 0 | T-304L SPACERS f/INNER-SEAL II | 0.00 | 0.00 |
| 5 | 2 | 0 | D-O-L HYD SPREADER TOOLS -NEW<br>******************************<br>Return required upon final<br>installation. | 0.00 | 0.00 |

POSTED
K.M.

==========
$   23,113.00

Manufacturer of DEPEND-O-LOK Pipe Couplings.

# ≡BRICO

## Industries Inc.

P.O. Box 48776, Atlanta, GA 30362
Phone (770) 840-0662 • Fax (770) 840-8312

# INVOICE

| | |
|---|---|
| INVOICE NO.: | 7510-3 |
| INVOICE DATE: | 07/26/2000 |
| | -0-% net 30 Days |
| PURCHASE ORDER: | 51566 |

| SOLD TO | SHIP TO |
|---|---|
| SPINIELLO COMPANIES<br>PO BOX 1968<br>MORRISTOWN, NJ    07962-1968 | SPINIELLO - BOSTON<br>COMMONWEALTH AVE & ROBINHOOD<br>AUBURNDALE, MA    02466 |

ESCL-4259    09-0060    Mat 5100

--------------------------------------------------------------------
BRICO Industries does not collect sales tax & has not included tax herein.

| ITEM | SHIPPED | BACK ORDERED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | ******** Shipped On: 07/26/2000 ******** | | |
| 7 | 84 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga. x 2.5W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE | 287.00 | 24,108.00 |
| 8 | 1 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga x 2.5"W T-304L BANDS<br>1 SEGMENT<br>BUNA-N SLEEVE (23.5"wide) | 574.00 | 574.00 |
| 9 | 3 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga x 2.5"W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.25"x5" BUNA-N TRANSITION BAND | 375.00 | 1,125.00 |
| 0 | 2 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga x 2.5" w T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.375"x5"W BUNA-N TRANSITION BD | 375.00 | 750.00 |
| 1 | 520 | | T-304L SPACERS f/INNER-SEAL II | 0.00 | 0.00 |

==========
$   26,557.00

Manufacturer of DEPEND-O-LOK Pipe Couplings.

# BRICO
## Industries Inc.

# INVOICE

P.O. Box 48776, Atlanta, GA  30362
Phone (770) 840-0662 • Fax (770) 840-8312

| | |
|---|---|
| INVOICE NO.: | 7510-4 |
| INVOICE DATE: | 07/29/2000 |
| | -0-% net 30 Days |
| PURCHASE ORDER: | 51566 |

| SOLD TO | SPINIELLO COMPANIES<br>PO BOX 1968<br>MORRISTOWN, NJ    07962-1968 | SHIP TO | SPINIELLO - BOSTON<br>COMMONWEALTH AVE & ROBINHOOD<br>AUBURNDALE, MA    02466 |
|---|---|---|---|

**REMARKS**

----------------------------------------------------------------
BRICO Industries does not collect sales tax & has not included tax herein.

| ITEM | SHIPPED | BACK ORDERED | DESCRIPTION | PRICE | AMOUNT |
|------|---------|--------------|-------------|-------|--------|
| | | | ********* Shipped On: 07/29/2000 ******** | | |
| 12 | 131 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga. x  2.5"W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE | 287.00 ✓ | 37,597.00 |
| 13 | 1 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga. x 2.5"W T-304L BANDS<br>1 SEGMENT<br>BUNA-N SLEEVE (23.5"W)<br>3.25"w = 1150- | 574.00 | 574.00 |
| 14 | 7 | 0 | 60 INNER-SEAL II, T-304L<br>w/12ga. x 2.5"W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.25"x5"W BUNA-N TRANSITION BND | 375.00 | 2,625.00 |
| 15 | 5 | 0 | 60" INNER-SEAL II, T-304L<br>w/12ga. x 2.5"W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.375"x5"W BUNA-N TRANSITON BND | 375.00 | 1,875.00 |
| 16 | 500 | 0 | T-304L SPACER F/INNER-SEAL II | 0.00 | 0.00 |

RECEIVED
AUG 1 1 2000

POSTED

==========
$  42,671.00

ES-CL4259 - 090060-mat 5100

Manufacturer of **DEPEND-O-LOK** Pipe Couplings.

# BRICO
## Industries Inc.

P.O. Box 48776, Atlanta, GA 30362
Phone (770) 840-0662 • Fax (770) 840-8312

# INVOICE

| | |
|---|---|
| INVOICE NO.: | 7510-5 |
| INVOICE DATE: | 08/18/2000 |
| | -0-% net 30 Days |
| PURCHASE ORDER: | 51566 |

| | SOLD TO | | SHIP TO |
|---|---|---|---|
| SOLD TO | SPINIELLO COMPANIES<br>PO BOX 1968<br>MORRISTOWN, NJ    07962-1968 | SHIP TO | SPINIELLO - BOSTON<br>COMMONWEALTH AVE & ROBINHOOD<br>AUBURNDALE, MA    02466 |

--------------------------------------------------------------
BRICO Industries does not collect sales tax & has not included tax herein.

| ITEM | SHIPPED | BACK ORDERED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | ********** Shipped On: 08/18/2000 ******** | | |
| 17 | 83 | 0 | 60" INNER-SEAL II<br>w/12 ga. x 2.5"W T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE | 287.00 | 23,821.00 |
| 18 | 2 | 0 | 60" INNER-SEAL II<br>w/12ga. x 2.5" w/T-304L BANDS<br>1 SEGMENT<br>BUNA-N SLEEVE (23.5" WIDE) | 574.00 | 1,148.00 |
| 19 | 16 | 0 | 60" INNER-SEAL II<br>w/12ga. x 2.5" w/T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.25" x .5"w BUNA-N TRANS BAND | 375.00 | 6,000.00 |
| 20 | 1 | 0 | 60" INNER-SEAL II<br>w/12ga. x 2.5"w T-304L BANDS<br>1 SEGMENT, BUNA-N SLEEVE<br>.375" x 5"w BUNA-N TRANS BAND | 375.00 | 375.00 |
| 21 | 500 | 0 | T-304L SPACERS f/INNER-SEAL II | 0.00 | 0.00 |

RECEIVED

POSTED D.F.

ES-CL4259-090060-
mat-
5100

==========
$  31,344.00

Manufacture of DEPEND-O-LOCK pipe couplings

Exhibit U

110 Madison Avenue Suite 5
Newtonville, MA 02460
Phone: 617 559 1055
Fax: 617 559 0362

**Spiniello Companies
Boston**

# Fax

| To: | Bill Haines / Robert Card | From: | John Walsh |
|---|---|---|---|
| Fax: | 978 887 8121/ 770 840 8312 | Date: | May 12, 2000 |
| Phone: | | Pages (including this cover): | 2 |
| Re: | Seal and Coupling Purchase Order | CC: | |

☒ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

**•Comments:**

**Please find attached signature page of the seal and coupling purchase order.  An original is being mailed to the Atlanta office.**

**Thanks**



**John Walsh**

1

SPINELLO COS. FAX 1 9735394802

# PURCHASE ORDER

Nº M 51566

BILL TO:
35 Airport Road • P.O. Box 1968
Morristown, NJ 07962-1968
TEL : (973) 539-6363
FAX : (973) 539-4802

ORIGINATING AREA:

| MARYLAND | PITTSBURGH | NEWFOUNDLAND |
|---|---|---|
| TEL : (410) 236-0094 | TEL : (412) 657-5162 | TEL : (973) 597-2050 |
| FAX : (410) 243-8628 | FAX : (412) 657-7583 | FAX : (973) 597-8638 |

PAGE 1 OF 2

TO **BRICO INDUSTRIES INC.**   DATE 3/7/00

ADDRESS **PO BOX 48776   ATLANTA, GA. 30362**

SHIP TO **SPINELLO COMPANIES**

ADDRESS **COMMONWEALTH AVE., NEWTON, MA.**

RECEIVED APR 2 8 2000 ACCOUNTING DEPT.

| JOB NO. | CONTRACT NO. | SALES PERSON |
|---|---|---|
| ES-CL-1259 | MWRA CONT. #6781 | 973-895-6101 PAUL AMBROSE |

| QUANTITY ORDERED | CODE PHASE COST | STOCK NUMBER/DESCRIPTION | PRICE | PER |
|---|---|---|---|---|
| AS REQUIRED | | | | |
| | | ITEM 9A 48" INNERSEAL II | | |
| XREF QUANTITIES | | " 9A 60" INNERSEAL II | | |
| 2000 ± | CP 08000 | 48" x 11¾" W INNERSEAL II FOR CIP | 252. | EA |
| 33 ± | | 48" x 11¾"W " " FOR 48" RPE JTS W/COUPLINGS | 340 | EA |
| 1060 ± | | 60" x 11¾"W " " FOR 60" CIP | 287 | EA |
| 16 ± | | 60" x 11¾"W " " FOR 60" RPE JTS W/COUPLING | 375 | EA |
| 2 ± | | 36" x 11¾"W " " FOR 36" RPE JT W/COUPLING | 300 | EA |
| 12 ± | | 48" x 35¼"W " " (4 BAND) FOR 48" CIP | 1150 | EA |
| 1 ± | | 48" x 47"W " " (6 BAND) FOR 48" CIP | 1550 | EA |
| 9 ± | | 60" x 35¼"W " " (4 BAND) FOR 60" CIP | 1450 | EA |
| 7 ± | ✓ ✓ | 12" OR 16" x 11¾"W INNERSEAL II FOR BLOCKERS | 245 | EA |
| | | | | |
| | | CONDITIONS: | | |
| | | SUBJECT TO OWNERS APPROVAL | | |
| | | DELIVERY OF 60" TO START 6/1/00 (25/DAY), 48" TO START 8/1/01 (50/DAY) | | |
| | | EPOXY MORTAR TO BE USED ON APPROX 10% OF JOINTS IE PER LAST ITEM | | |
| | | PAYMENT TERMS: NET 60 DAYS ~~~~~~~~~~~~~~~~~ $ | | |
| | | 1½% Finance charge to apply thereafter | | |
| | | PER GENERAL NOTES PAGE 6 OF QUOTATION 12/24/99 (REVISED 3/7/00) EXCEPT FOR TERMS | | |

**IMPORTANT:**
OUR ORDER NUMBER MUST APPEAR ON
INVOICES, PACKAGES AND CORRESPONDENCE.
ADVISE US IF UNABLE TO DELIVER BY
DATE REQUIRED.

AN EQUAL OPPORTUNITY EMPLOYER

**BRICO INDUSTRIES INC.**

AUTH. SIGN. _____, Pres.

_____
SPINELLO COS.

Exhibit V



**BRICO**
Industries Inc.
*A Victaulic® Company*

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

# QUOTATION

To:          Spiniello Companies
             110 Madison Avenue Suite 5
             Newtonville, MA 02460

Attn.:       Mr. John Walsh

Project:     WASM No. 1 & 2; MWRA Contract #6280

Date:        August 16, 2000

| Bid Item | Quantity | Description | Unit Price | Extension |
|----------|----------|-------------|------------|-----------|
|  | ea. | 60" x 13 ¾"" "Extra Wide" InnerSeal II for 60" Cast Iron Pipe | $ 375.00 | TBD |
|  | ea. | 60" x 15 ¾"" "Extra Wide" InnerSeal II for 60" Cast Iron Pipe | $ 410.00 | TBD |

General Notes:

1.   Contractor to field verify all existing inside diameters prior to manufacture.

2.   InnerSeal II Materials: NSF 61 certified Buna-N sleeve.  Type 304 stainless steel one piece bands - 12 ga. thickness by 2-1/2" width, two bands per sleeve.

3.   InnerSeal II pricing is for materials only.  Chipping of CML, grouting as required, seal installation and testing are not included and are the responsibility of the contractor.

4.   Shipment of "Extra Wide" seals cannot begin until the week of August 28th, 2000

5.   Price is F.O.B. Atlanta, Georgia Full Freight Allowed, contractor to unload.

6.   Payment terms are NET 30 days from date of invoice.  No retainage allowed.

Sincerely,

Richard L. Knight
Inside Sales Manager

CC: Mr. Bill Haines, Haines Enterprises
     Mr. Paul Angert, Products 2000



**BRICO**
Industries Inc.
*A Victaulic® Company*

P.O. Box 48776 Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

# QUOTATION

To:        Spiniello Companies
           110 Madison Avenue Suite 5
           Newtonville, MA 02460

Attn.:     Mr. John Walsh

Project:   WASM No. 1 & 2; MWRA Contract #6280

Date:      August 16, 2000

| Bid Item | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| | ea. | 48" x 14" W. InnerSeal II for 48" Cast Iron Pipe | $400.00 | TBD |
| | ea. | 48" x 16" W. InnerSeal II for 48" Pipe Joints with Couplings | $375.00 | TBD |
| | ea. | 60" x 13" *12 11³/₄* W. InnerSeal II for 60" Cast Iron Pipe | $287.00 | $304,220.00 |
| | ea. | 60" x 16" W. InnerSeal II for 60" Pipe Joints with Couplings  *60 x 13³/₄*  *60 x 15³/₄*  *60 x 16"* | *375.00* $375.00  *400.⁰⁰* | $ 8,000.00 |
| | ea. | 36" x 11-3/4" W. InnerSeal II for 36" Pipe Joints with Couplings | $300.00 | $ 600.00 |

**SEE NEXT PAGE FOR WIDE INNERSEALS**

WASM 1 & 2                                                        Page Four
MWRA Contract #6280
March 27, 2000

General Notes:

1.    Contractor to field verify all existing inside and outside diameters prior to manufacture.

2.    InnerSeal II Materials: NSF 61 certified Buna-N sleeve.  Type 304 stainless steel one piece
      bands - 12 ga. thickness by 2-1/2" width, two bands per standard width sleeve.

3.    InnerSeal II pricing is for materials only.  Chipping of CML, grouting as required, seal
      installation and testing are not included and are the responsibility of the contractor.
                                                        week of
4.    Shipment of "Extra Wide" seals cannot begin until August 28th, 2000

5.    Price is F.O.B. Atlanta, Georgia Full Freight Allowed.  Contractor to unload.

6.    Payment terms are NET 30 days from date of invoice.  No retainage allowed.

Sincerely,




Richard L. Knight
Inside Sales Manager


CC: Mr. Bill Haines, Haines Enterprises
    Mr. Paul Angert, Products 2000

Exhibit W

**BRICO**
Industries Inc.
*A Victaulic® Company*

P.O. Box 48776  Atlanta, GA 30362
(770) 840-0662 • (800) 841-6624 • Fax (770) 840-8312

# FAX

DATE: February 5, 2001 / 2:15 PM ------------------------------------------------- REF# 10524
**REFERENCE: DEPEND-O-LOK ExE INSULATING COUPLINGS – PO# 51566**

TO:   Mr. David Yunis
       Spiniello Co.
       Newtonville, MA
       FAX# 617-559-0362

Dear David,

      Your order for additional gaskets and insulating / transition bands is in
production.  I am hopeful we can ship this product to you in less than 4 weeks.  Our
standard lead time is about 8 weeks right now.  The following will be billed against the
above referenced Purchase Order plus shipping costs to Newtonville, MA.  Please
contact me if you have any questions or if you need additional assistance.

| | |
|---|---|
| (5) – 64" x 1" diameter Buna-N O-ring gaskets: | **PRICE EACH: $  78.00** |
| (3) – 63 ¾" – 64" Insulating / Transition sleeve: | **PRICE EACH: $ 125.00** |
| (1) – 61.61" – 64" Insulating / Transition sleeve: | **PRICE EACH: $ 620.00** |

Best Regards,

*Richard L. Knight*

Richard L. Knight
Inside Sales Manager

cc:  B. Haines – Haines Enterprises
     P. Angert – Products 2000, Inc.
     D. Gibbons, G. Washburn – VCOA Easton, PA 610-250-8817

Manufacturer of **DEPEND-O-LOK** Pipe Couplings.

Exhibit X



**TELEFAX TRANSMITTAL**

FAX # 973-994-0622

DATE:   Feb. 13, 2001

TO:    Mark L. Fieder, Esq.
       Connell Foley LLP
       85 Livingston Avenue
       Roseland, NJ  07068-1765

FROM:  Brian P. Blssey
DIRECT FAX: 610/923-3030

Number of pages (including this page):   6

Dear Mark:

This facsimile follows our telephone conversation of Feb. 12.

On behalf of Brico and Victaulic, I would like to thank the Spiniello Companies ("Spiniello") and you for meeting with us last week.

We need to clarify two points. First, in our meeting, Spiniello's representatives stated that 104 Innerseal products had been installed and passed the leak test. Ten of those seals have been removed, leaving a total of 94 installed Innerseal products. Spiniello representatives indicated that the MWRA had not finally accepted these products and that, as a result, they were not in a position to pay Brico for these Innerseal products at this time. It is our understanding that, if these products are accepted and they remain in place, Spiniello will make payment in a timely manner.

Second, there currently are five past due invoices for couplings totaling $45,142. Copies of those invoices are attached. Brico currently has three releases for couplings which they are holding. It is my understanding that in October arrangements were made whereby Brico would continue to ship couplings to Spiniello and Spiniello would pay for those couplings despite their differences related to the Innerseal products. We request affirmation of this arrangement and that Spiniello pay these outstanding invoices so that Brico can ship the couplings that have been released.

Finally, we are prepared to make arrangements to pick up the Innerseal products from the Newton project which are being stored at Spiniello's New Jersey facility, so that we can issue a credit for these products. It is my understanding that Robert De Ponte and Bob Card will work out the details.

As we discussed, all of these arrangements and proposals are without prejudice and with a reservation of all rights. I look forward to hearing from you.

Very truly yours,

Brian P. Blssey
General Counsel

BPB:jlw
Attachments

cc:    D. Bridges
       R. Card
       L. Thau

Exhibit Y

**SPINIELLO COMPANIES**
OPERATING ACCOUNT
35 AIRPORT ROAD
MORRISTOWN, NEW JERSEY 07962

**SUMMIT BANK**
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

55-216/212

36996

Pay: ****Twenty-four thousand five hundred twenty-eight dollars and 35 cents

DATE    CHECK NO.    AMOUNT

February 14, 2001    36996    $****24,528.35

Brico Industries, Inc.
P.O. Box 48776
Atlanta, GA 30362

⑈036996⑈ ⑆021202162⑆ 4136 007737⑈

⑈000245 2835⑈

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

PAY TO THE ORDER OF
REGIONS BANK - ATLANTA
FOR DEPOSIT ONLY
BRICO INDUSTRIES, INC.
6400201293

Exhibit Z

**CDM** Camp Dresser & McKee Inc.

*consulting*
*engineering*     One Cambridge Place
*construction*    50 Hampshire Street
*operations*      Cambridge, Massachusetts 02139
                  Tel: 617 452-6000  Fax: 617 452-8000

November 2, 2000

Spiniello Companies
310 Madison Avenue
Newtonville, MA  02460

6280-064

Attn: John Walsh

Subject:    Massachusetts Water Resources Authority
            Weston Aqueduct Supply Mains (WASM) 1 & 2
            Sections 2,3,4,5 & 6. MWRA Contract No. 6280
            **Special Restraint for Pipeline Couplings- RFI No. 22**

Dear Mr. Walsh:

Your letter of October 25, 2000 has been reviewed.

A recent failure of a Brico coupling, used to couple pipes of different end diameters, due to pressure forcing the sealing pad out from under the body of the coupling, gave just cause for our inquiry regarding the use of the restraining bands.

To clarify a point made in the first paragraph of your letter. You are correct in stating that there was no mention of the need for retaining bands on the 48" coupling at Valentine Street back in June 2000. The installation was made with Brico "transition" couplings and was, and still is, considered as temporary. The purpose of the installation was to allow the Authority to drain upstream piping through WASM 1. Pressure conditions for that purpose ranged from 29.5 psi to 0.0 psi. Under those conditions, there was little cause for concern with regard to leaking or other failure of the coupling(s). Please also note at that time the only submittal was for a straight insulating coupling (your submittal 6280-18 dated May 9, 2000 and approved by CDM on May 17, 2000).

With further response to your letter, we want to call your attention to the fact that the Brico Coupling system is not listed in the Specification for use as a Transition Coupling. In your Shop Drawing Transmittal 6280-28Rev1, dated September 7, 2000, you submitted the Brico Depend-O-Lok Type EXE coupling as a Transition Coupling. Relying on the Brico submittal statement on page EE2 that "SEALING PAD ensures leak proof seal on joints, even when pipe end diameters vary significantly", the Brico Couplings were approved as being provided as an "or equal" to the specified products.

Nowhere in the submittal is a detail illustrated representative of the drawing provided on the Brico calculation sheet. Further, the calculation provided by Brico is erroneous as it is based on a pressure of 65 psi. The surge pressure is specified as 100 psi. In addition, the Brico letter does not confirm whether or not restraining bands are required to meet the specified service conditions.

Acceptance of the Brico Product as an "or equal", as with any accepted product, is contingent on the requirement that the product is at least equal in quality, durability, appearance, strength and design and it will perform at least equally the function imposed by the general design for the work as intended under specified service conditions. If the Brico product can meet the service requirement without the use of restraining bands, then that is acceptable. If the Brico product requires the use of restraining bands to meet the service requirements, then that is also acceptable providing that the insulating requirements are met. The onus of responsibility is on the Contractor to assure that its supplier(s) demonstrate that their product(s) meet the intent of the specifications and the specified service requirements.

**CDM** Camp Dresser & McKee Inc.

November 2, 2000

Spiniello Companies
John Walsh
MWRA Contract 6280
Special Restraints for Pipe Couplings.

Page 2 of 3.

Your submittal 6280-57 dated October 24, 2000 provided a letter by Brico to address concerns raised by CDM regarding the use of "studs" Vs. "bolts" for assembly of the Brico couplings. Your letter of transmittal clearly states " Letter from Brico, Inc. addressing CDM's concerns regarding bolting materials for transition couplings". There is no mention of restraining bands, nor was any inquiry made at that time regarding restraining bands. Yet, Brico, on page 2 of its letter, offers the following unsolicited statement:

"One final issue is the size of the transition band on the DIP ends. The submittal assumed ¼" thick insulating bands in order to simple break the electrical continuity in the pipeline. With ¼" thick rubber insulating bands, there is no danger of internal pressure "pushing" the rubber out from underneath the couplings. However, with large transition bands, internal pressure may dislodge the band. Support behind the rubber transition band on the DIP to ensure the band remains in place is sometimes utilized".

That unsolicited statement prompted CDM to note the Brico letter with the question "Are there any locations on this project where Brico recommends, or requires, support behind the transition band???" We require, and await, the answer to that question.

The Brico statement also prompts another question. Has Brico supplied a product truly equal to those specified? Brico's sentence that reads "The submittal assumed ¼" thick insulating bands in order to simple break the electrical continuity in the pipeline" and the sentence that reads " However, with large transition bands, internal pressure may dislodge the band" leads us to believe that they do not consider the submitted product to be a transition coupling. Though represented as such in your submittal 6280-28Rev1.

In your letter, you state that Spiniello Companies considers the installation of special retainers for pipeline couplings extra work that is beyond the scope of Contract #6280.
On the contrary, and clearly, for the reasons noted herein, the installation can in no way be interpreted as "extra work", the cost of which being the responsibility of the Authority. Therefore, we strongly recommend that Spiniello Companies determine from Brico whether or not the installation of the restraining bands is required for the product to meet the specified requirements.

In response to your statement " Your concern over the retainers, however, has effectively stopped our work at this location and, as such, has increased our construction costs. Costs due to this delay will accrue until this matter is resolved";

**CDM** Camp Dresser & McKee Inc.

November 2, 2000

Spiniello Companies
John Walsh
MWRA Contract 6280
Special Restraints for Pipe Couplings.

Page 3 of 3.

Neither CDM, nor the Authority, ever gave any direction to stop, or otherwise delay the progress of work. Any initiative to stop, or delay the work, was at the discretion of Spiniello Companies. If you feel that there are added costs regarding the matter of the possible need for restraining bands on the transition rubber of the Brico Couplings, then those costs should be directed to the coupling manufacturer.

Should you have any questions, please do not hesitate to call.

Very truly yours

CAMP DRESSER & McKEE, INC.

James M. Glendye Sr.

cc: Frank DePaola
    Paul Rullo
    Tony Bonilla
    Jim Pescatore
    Chris Houde