Page 1

1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2                DOCKET NO. 04-11933-NMG
3  _____

   SPINIELLO COMPANIES,
4
             Plaintiff(s),
5
         -vs-
6

   BRICO INDUSTRIES, INC.,
7
             Defendant(s).
8  _____
9
10
11
12       DEPOSITION UNDER ORAL EXAMINATION OF
13                   THOMAS PORT
14              PARSIPPANY, NEW JERSEY
15               SEPTEMBER 28, 2006
16
17    REPORTED BY:  MARY J. DOUGAN-KNECHT, CSR
18
19          ESQUIRE DEPOSITION SERVICES
            90 Woodbridge Center Drive
20          Woodbridge, New Jersey  07095
                  (732) 283-1008
21
22
23
24                                          COPY
   JOB  #7625B
25

1   when they hydro test the line.

2       Q.      Are there any additional supports
3   that are used on a transition coupling?

4       A.      Not that I know of.

5       Q.      And is there any QC that is done at
6   the factory on transition couplings, that you're
7   aware of?

8       A.      The couplings on a random basis are
9   tested around, again, a piece of rolled steel to
10  simulate the outside diameter of the pipe.

11      Q.      And have couplings been used on cast
12  iron pipe?

13      A.      Yes.

14      Q.      And is there any difference in
15  performance whether it's a rolled steel or a cast
16  iron?

17      A.      No.

18      Q.      What is the variation in diameter
19  that a Brico transition coupling can accommodate?

20      A.      I can't answer that question because
21  I honestly don't know.

22      Q.      Now, what is your current position at
23  Brico?

24      A.      Plant manager.

25      Q.      And how is that different from your

1   project in Washington for Spiniello?

2       A.      Yes.

3       Q.      Were they using Brico Inner Seals on

4   that project?

5       A.      There was one Inner Seal which was

6   designed specifically to fit in a very unusual

7   situation.

8       Q.      Is there any other occasion in which

9   you recall manufacturing or supplying seals to

10  Spiniello?

11      A.      No.

12      Q.      The seals that are manufactured, are

13  they a stock item?

14      A.      We are a job shop and we only make

15  what somebody has sold.

16      Q.      So is it fair to say that every seal

17  order is a special order to specific specifications

18  or dimensions?

19      A.      Yes.

20      Q.      So you don't sell a stock off the

21  shelf product?

22      A.      The finished products look the same.

23  They are different dimensionally.

24      Q.      So every product that you manufacture

25  is for a very specific purchaser for a very specific

Page 61

1  project?
2      A.    Yes.
3      Q.    You don't sell a generic Inner Seal
4  band that anyone can use on any project?
5      A.    We have a cross-section of rubber
6  which we generally use for our Inner Seals.
7      Q.    But the products that you ultimately
8  sell are always particular to a project?
9      A.    They are manufactured to a project,
10 yes.
11     Q.    And it's your understanding that your
12 manufacturing processes are guided by the
13 specifications which are communicated to you from
14 engineering?
15     A.    Correct.
16     Q.    The external couplings, are those a
17 stock off the shelf product or are they manufactured
18 for a specific job?
19     A.    They are manufactured to a specific
20 job.
21     Q.    And what of the external couplings is
22 specific to each project?
23     A.    Could be the width.  Could be the
24 thickness.  Could be the style.  It's a variety of
25 things.

```
 1      Q.      And when you witnessed the failure of
 2   a seal to be installed on a pipe with beveled ends,
 3   what did you do?
 4      A.      My real sketchy recollection is that
 5   I made a recommendation to our folks that possibly a
 6   wider piece of rubber might solve the problem to get
 7   away from the beveled surfaces.
 8      Q.      Do you recall trying to assist the
 9   contractor in installing the seal against the pipe
10   with the beveled ends?
11      A.      Yes.
12      Q.      And did you do anything different for
13   that installation?
14      A.      No.
15      Q.      In your understanding of seal
16   testing, would having only 2 of 13 seals pass
17   testing be abnormal?
18      A.      Yes.
19      Q.      And prior to this visit and this
20   problem with Spiniello on the project had you ever
21   heard of any Brico seals failing in such a large
22   magnitude?
23      A.      No.
24      Q.      And do you have any recollection of
25   the seals that failed on this particular day?
```

1   Q.   But in your experience, when you saw
2   them adding pressure to the band it was coming up
3   out of the groove and coming out of the sleeve?
4   A.   Actually, it was going into the
5   sleeve, going into the middle of it.
6   Q.   So it was escaping from the groove
7   and moving to the inside of the joint?
8   A.   Correct.
9   Q.   Okay.  So when you say in paragraph
10  or group number B on your 8/9/2000 memo, you say the
11  bands are walking off the sleeve, your recollection
12  now is that they weren't coming off the sleeve but
13  they were moving into the middle?
14  A.   Walking off of the retained area.
15  Q.   You have a group C, bands, Inner
16  Seals that could not be installed due to a
17  manufacturing defect.
18  A.   Ah huh.
19  Q.   What is your recollection of the
20  manufacturing defect you witnessed?
21  A.   We had a few vulcanizations that
22  broke.  Some were between leaving our plant and
23  being installed in the job.
24  Q.   And what is your recollection of what
25  was broken?

```
                                                      Page 111
 1        A.      The vulcanized joint would break and
 2   open up.
 3        Q.      Do you remember, was it broken prior
 4   to the installation of the seal?
 5        A.      I have absolutely no earthly idea.
 6        Q.      Do you remember if it broke while you
 7   were installing the seal?
 8        A.      No recollection.
 9        Q.      But a manufacturing defect would have
10   nothing to do with the contractor's installation
11   procedures?
12        A.      Of course it would.  If he knowingly
13   installs something that he could see a crack in.
14        Q.      And can you very visibly see a crack
15   in the vulcanization of the rubber?
16        A.      Not necessarily.
17        Q.      How would you know if there was a
18   crack or manufacturing defect?
19        A.      Within the process of unrolling.
20        Q.      What would you see in the process of
21   unrolling?
22        A.      You might see that there are two
23   loose ends.
24        Q.      That would be if the joint came
25   completely unglued?
```

Page 148

```
 1   attention that there were failures of the external
 2   couplings at this project in Boston?
 3        A.    No, not to my recollection.
 4        Q.    Are you aware that --
 5        A.    I stated earlier I don't remember
 6   even furnishing any couplings to Spiniello.
 7        Q.    Are you aware that Spiniello was
 8   required to weld restraining rods to the pipes for
 9   use in connection with the Brico couplings?
10        A.    I remember a discussion about
11   somebody having to weld restraining rods to the
12   outside.  I do not know whether it was Spiniello or
13   whoever.
14        Q.    Do you remember what else may have
15   been discussed in that conversation about welding
16   restraining rods?
17        A.    It was to retain the rubber boot from
18   coming out from underneath the coupling.
19        Q.    Had you ever heard of that having to
20   be done before with the Brico couplings?
21        A.    No.
22        Q.    After this project and after you had
23   that conversation have you become aware of any other
24   situations in which you heard that someone had to
25   weld a restraining rod to the pipe?
```

Page 149

1   A.   No.

2   Q.   So in your experience in
3  manufacturing the external couplings it's safe to
4  say that it's very uncommon to have to provide any
5  sort of additional restraint for the coupling?

6   A.   Correct.

7   Q.   In connection with the manufacturing
8  for the couplings, are you ever required to
9  manufacture an additional restraint to be shipped
10 with those couplings?

11  A.   We make a lot of different types of
12 couplings.  So the answer to your question is it
13 depends on what the customer's requesting and what
14 the conditions are.

15  Q.   Do you recall any situation in which
16 in connection with a customer's order for external
17 insulated transition couplings that you were
18 requested to manufacture additional restraints to go
19 with those couplings?

20  A.   No, I don't, no recollection.

21  Q.   Has anyone from Brico or Victaulic
22 ever discussed with you the damages that Spiniello
23 claims to have suffered?

24  A.   No.

25       MR. BLACKOWICZ:  Do you want to take