UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Spiniello Companies,
        Plaintiff

v().                                         Civil Action No. 04-11933-NMG

Brico Industries, Inc.,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                                                        By the Court,

10/18/07                                                        */s/ Craig J. Nicewicz*
  Date                                                       Craig J. Nicewicz
                                                            Courtroom Clerk