IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPINIELLO COMPANIES, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>BRICO INDUSTRIES, INC., )<br>)<br>　　Defendant. )<br>) | CIVIL ACTION NO. 04-11933-NMG |

### STIPULATION OF DISMISSAL

The parties in the above-entitled action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that said action, including all claims, counterclaims and cross-claims, be dismissed, with prejudice and without costs. All parties waive their respective rights of appeal.

Dated: November 30, 2007

Respectfully submitted,

| **SPINIELLO COMPANIES** | **BRICO INDUSTRIES, INC.** |
|---|---|
| By its attorneys, | By its attorneys, |
| _/s/ Jeremy Blackowicz_ | _/s/ Grace V. Bacon Garcia_ |
| Charles E. Schaub, Jr. (BBO #444920) | Thomas C. Federico (BBO #160830) |
| Jeremy Blackowicz (BBO #650945) | Grace V. Bacon Garcia (BBO #640970) |
| Hinckley, Allen & Snyder LLP | Morrison Mahoney LLP |
| 28 State Street | 250 Summer Street |
| Boston, MA 02109-1775 | Boston, MA 02110 |
| (617) 345-9000 | (617) 439-7500 |

**CERTIFICATE OF SERVICE**

I, Jeremy Blackowicz, hereby certify that on this 30th day of November 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Grace V. Bacon Garcia, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Massachusetts  02110


*/s/ Jeremy Blackowicz*

#711713                                                         2